IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENDANT PUBLISHING, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>          Defendant. | Civil Action No. 05-414 (JJF) |

### NOTICE OF RELATED ACTION PER LOCAL RULE 3.1(b)

**PLEASE TAKE NOTICE THAT** this case is related to Civil Action No. 04-1405-GMS, previously pending in this court and to Civil Action Number 2:05-cv-01137-RSM, currently pending in the Western District of Washington.

Civil Action No. 04-1405-GMS concerned the same parties, the same patent, and the same allegations as presented in this action. The case was voluntarily dismissed by Plaintiff, Cendant Publishing, Inc. ("Cendant"). Civil Action Number 2:05-cv-01137-RSM involves substantially the same parties. Cendant did not note either related action on the civil cover sheet filed in this action.

                                                                  */s/ Karen E. Keller*
                                                    John W. Shaw (No. 3362)
                                                    jshaw@ycst.com
                                                    Karen E. Keller (No. 4489)
                                                    kkeller@ycst.com
                                                    YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
                                                    The Brandywine Building
                                                    1000 West Street, 17th Floor
                                                    Wilmington, DE 19801
                                                    (302) 571-6600

                                                    Attorneys for Defendant

Dated: July 8, 2005