IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CENDANT PUBLISHING, INC.,

        Plaintiff,

v.

AMAZON.COM, INC.,

        Defendant.

Civil Action No. 05-414 (JJF)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the due date by which defendant Amazon.com, Inc. shall answer, plead or otherwise respond to the Complaint is extended through and including August 10, 2005.

| By: /s/ Karen E. Keller | By: /s/ John D. Day |
|---|---|
| John W. Shaw (ID# 3362) | Steven J Balick (ID#2114) |
| Karen E. Keller (ID#4489) | John D. Day (I.D. #2403) |
| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
| The Brandywine Building | 222 Delaware Ave., 17th Floor |
| 1000 West Street, 17th Floor | P.O. Box 1150 |
| Wilmington, DE 19801 | Wilmington Del. 19899 |
| Telephone: (302) 571-6600 | Telephone: (302) 654-1888 |
| Attorneys for Defendant | |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge