**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

CENDANT PUBLISHING, INC.,

                Plaintiff,

v.                                                              Civil Action No. 05-414 (JJF)

AMAZON.COM, INC.,

                Defendant.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Lynn H. Pasahow, J. David Hadden, Darren E. Donnelly, Wendy L. Bjerknes,

Hector J. Ribera and C.J. Alice Chen, to represent Defendant Amazon.com, Inc. in this matter.


                            YOUNG CONAWAY STARGATT &
                            TAYLOR, LLP

                            *Karen E. Keller*

                            John W. Shaw (ID# 3362)
                            Karen E. Keller (ID#4489)
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            Wilmington, DE  19801
                            Telephone:  (302) 571-6600
                            kkeller@ycst.com

                            Attorneys for Defendant

                                        

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Lynn H.

Pasahow, J. David Hadden, Darren E. Donnelly, Wendy L. Bjerknes, Hector J. Ribera and C.J.

Alice Chen is granted.

Date: _____, 2005

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Signed: _Lynn H. Pasahow_ Date: _July 13, 2005_

Lynn H. Pasahow
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
Email: lpasahow@fenwick.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Signed: _____ Date: _July 14, 2005_

J. David Hadden
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
Email: dhadden@fenwick.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Signed _____ Date: July 13, 2005

Darren E. Donnelly
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
Email: ddonnelly@fenwick.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Signed: _____     Date: _____

Wendy L. Bjerknes
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:  (650) 988-8500
Facsimile: (650) 938-5200
Email: wbjerknes@fenwick.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

       Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Signed: _____    Date: July 14, 2005

Hector J. Ribera
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
Email: hribera@fenwick.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Signed: _____  Date: 7/13/05

C. J. Alice Chen
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
Email: achen@fenwick.com

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on July 15, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esq.
> ASHBY & GEDDES
> 222 Delaware Ave.
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on July 15, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

> Steve Lieberman, Esq.
> ROTHWELL, FIGG, ERNST & MANBECK, PC
> 1425 K Street, NW, Suite 800
> Washington, D.C. 20005

> YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
>
> _Karen E. Keller_
> John W. Shaw (ID# 3362)
> Karen E. Keller (ID#4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19801
> Telephone:  (302) 571-6600
> kkeller@ycst.com

> Attorneys for Defendant

WP3:1129996.1                                                                      999999.0755