IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENDANT PUBLISHING INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Civil Action No. 05-00414 (JJF) |

## AMAZON.COM, INC.'s DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Amazon.com, Inc. states that it has no parent corporation. The following companies own 10% or more of Amazon.com, Inc.'s stock: Legg Mason and affiliated funds and The TCW Group, Inc. on behalf of the TCW Business Unit.

Dated: August 10, 2005

By: /s/ Karen L. Keller
John W. Shaw (ID# 3362)
Karen E. Keller (ID# 4489)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-660

Attorneys for Defendant and
Counterclaimant AMAZON.COM, INC.

*Of Counsel*:
Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
Wendy L. Bjerknes
Hector J. Ribera
C. J. Alice Chen
FENWICK & WEST, LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on August 10, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esq.
>ASHBY & GEDDES
>222 Delaware Ave.
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that on August 10, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>**BY FEDERAL EXPRESS**
>
>Steve Lieberman, Esq.
>ROTHWELL, FIGG, ERNST & MANBECK, PC
>1425 K Street, NW, Suite 800
>Washington, D.C. 20005

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>John W. Shaw (ID# 3362)
>Karen E. Keller (ID#4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>Telephone: (302) 571-6600
>kkeller@ycst.com
>
>Attorneys for Defendant

DB01:1629996.1