# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 21, 2005

The Honorable Joseph J. Farnan, Jr.         VIA ELECTRONIC FILING
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:    *Cendant Publishing, Inc. v. Amazon.com, Inc.*,
           C.A. No. 05-414-JJF

Dear Judge Farnan:

    I represent the plaintiff in the above action, in which the parties are to submit a proposed scheduling order by today. On behalf of all parties, I am pleased to report that we have reached complete agreement on a proposed form of scheduling order, a copy of which is attached for the Court's consideration.

    Counsel will make themselves available at the Court's convenience in the event that Your Honor has questions or wishes to discuss this matter further.

                                                         Respectfully,

                                                         Steven J. Balick

SJB/dmf
Attachment
163834.1

    c:    John W. Shaw, Esquire (via electronic mail; w/attach.)
          Lynn H. Pasahow, Esquire (via electronic mail; w/attach.)
          Steven Lieberman, Esquire (via electronic mail; w/attach.)