## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CENDANT PUBLISHING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-414-JJF |
| v. | ) | |
| | ) | |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED THAT:

1.      **Pre-Discovery Disclosures.** The parties will exchange by December 5, 2005 the

information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.      **Joinder of other Parties.** All motions to join other parties shall be filed on or

before April 13, 2006.

3.      **Discovery.**

(a)      Exchange and completion of contention interrogatories, identification of

fact witnesses and document production shall be commenced so as to be completed by March 15,

2006.

(b)      Maximum of 25 interrogatories, including contention interrogatories, for

each side.

(c)      Maximum of 25 requests for admission by each side.

(d)    Maximum of 10 depositions by plaintiff(s) and 10 by defendant(s), excluding expert depositions. Depositions shall not commence until the discovery required by Paragraph 3(a, b and c) is completed. All fact discovery shall be completed by May 26, 2006.

(e)    Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party with the burden by June 23, 2006; from the responsive party by July 21, 2006.

(f)    Any party desiring to depose an expert witness shall notice and complete said deposition no later than September 21, 2006, unless otherwise agreed in writing by the parties or ordered by the Court.

4.    **Discovery Disputes.**

(a)    A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages and must specify that the filing is pursuant to the Discovery Dispute procedures provided in this paragraph. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b)    All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(c)    Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the dispute is ready for decision.

(d)    Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e)    There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

5.    **Amendment of the Pleadings.**  All motions to amend the pleadings shall be filed on or before April 13, 2006.

6.    **Case Dispositive Motions.**  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before December 8, 2006.  Briefing shall be pursuant to D. Del. LR 7.1.2.  No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.  The Court will issue a separate Order regarding procedures for filing summary judgment motions.

7.    **Markman.**  A Markman Hearing will be held on _____.  Simultaneous opening briefs on the claim construction issues shall be filed by October 20, 2006.  Simultaneous responsive briefs shall be filed by November 22, 2006.  The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

8.    **Applications by Motion.**

(a)    Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995).  Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.  Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing.  The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b)    No facsimile transmissions will be accepted.

(c)    No telephone calls shall be made to Chambers.

(d)    Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov.  The e-mail shall provide a short statement regarding the emergency.

9.    **Pretrial Conference and Trial.**  After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference.  If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____            _____
            DATE                              UNITED STATES DISTRICT JUDGE

163837.1