IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENDANT PUBLISHING INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Civil Action No. 05-414-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Amazon.com's First Set of Interrogatories to Plaintiff Cendant Publishing, Inc. and (2) Amazon.com's First Set of Request for Production of Documents to Plaintiff Cendant Publishing, Inc. [Requests Nos. 1-70] were caused to be served on December 2, 2005, upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Steve Lieberman, Esq.
ROTHWELL, FIGG, ERNST & MANBECK, PC
1425 K Street, NW, Suite 800
Washington, D.C. 20005

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on December 2, 2005, upon the following counsel of record in the manner indicated:

BY ELECTRONIC FILING AND HAND DELIVERY

Steven J. Balick, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

BY FEDERAL EXPRESS

Steve Lieberman, Esq.
ROTHWELL, FIGG, ERNST & MANBECK, PC
1425 K Street, NW, Suite 800
Washington, D.C. 20005

                YOUNG CONAWAY STARGATT
                &amp; TAYLOR, LLP

                */s/ Karen E. Keller*
                Josy W. Ingersoll (No. 1088)
                John W. Shaw (No. 3362)
                Karen E. Keller (No. 4489)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware  19801
                (302) 571-6600
                kkeller@ycst.com

*Of counsel:*
Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
C.J. Alice Chen
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Dated:  December 2, 2005                Attorneys for Defendant Amazon.com, Inc.