IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENDANT PUBLISHING INC.,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | Civil Action No. 05-414-JJF |

## NOTICE OF SERVICE

    The undersigned hereby certifies that copies of Defendant Amazon.com, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were caused to be served on December 5, 2005, upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Steve Lieberman, Esq.
ROTHWELL, FIGG, ERNST & MANBECK, PC
1425 K Street, NW, Suite 800
Washington, D.C. 20005

    Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on December 5, 2005, upon the following counsel of record in the manner indicated:

BY ELECTRONIC FILING AND HAND DELIVERY

Steven J. Balick, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

BY FEDERAL EXPRESS

Steve Lieberman, Esq.
ROTHWELL, FIGG, ERNST & MANBECK, PC
1425 K Street, NW, Suite 800
Washington, D.C. 20005

                    YOUNG CONAWAY STARGATT
                          & TAYLOR, LLP

                    Josy W. Ingersoll (No. 1088)
                    John W. Shaw (No. 3362)
                    Karen E. Keller (No. 4489)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, Delaware 19801
                    (302) 571-6600
                    jshaw@ycst.com

*Of counsel:*
Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
C.J. Alice Chen
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

                    Attorneys for Defendant Amazon.com, Inc.

Dated: December 5, 2005