IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CENDANT PUBLISHING, INC.,       )
                                )
                Plaintiff,       )
        v.                       )
                                )       C.A. No. 05-414-JJF
AMAZON.COM, INC.,               )
                                )
                Defendant.       )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 5th day of December, 2005, **DISCLOSURE**

**OF CENDANT PUBLISHING, INC. PURSUANT TO RULE 26(a)(1)** was served upon the

following counsel of record at the address and in the manner indicated:

John W. Shaw, Esquire                      HAND DELIVERY
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Lynn H. Pasahow, Esquire                   VIA FEDERAL EXPRESS
Fenwick & West, LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Steven Lieberman
Elizabeth A. Leff
Brian Rosenbloom
C. Nichole Gifford
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 783-6040

Dated:   December 5, 2005
160383.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel at the address and in the manner indicated:

John W. Shaw, Esquire                                    HAND DELIVERY
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Lynn H. Pasahow, Esquire                                 VIA FEDERAL EXPRESS
Fenwick & West, LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041


*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon