IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CENDANT PUBLISHING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-414-JJF |
| v. | ) | |
| | ) | |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED ORDER

WHEREAS, plaintiff, Cendant Publishing, Inc., changed its corporate name to Affinion Publishing, Inc. ("Affinion") on September 23, 2005;

WHEREAS, Affinion assigned all of its rights in the patent-in-suit (including, *inter alia*, the right to sue and recover damages for past, present, and future infringement thereof) to CD Intellectual Property Holdings, LLC on October 17, 2005;

WHEREAS, the parties agree that it is appropriate to amend the caption of this case accordingly; and

WHEREAS, the parties each desire some relief from their current discovery deadlines; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1. Upon entry of this stipulated order by the Court, the caption shall be amended to name CD Intellectual Property Holdings, LLC ("CD") as the plaintiff in this case, and the Clerk of the Court shall amend the docket accordingly.

2. The deadlines by which defendant ("Amazon") must respond to plaintiff's first sets of interrogatories and document requests are extended through and including Monday, January 9, 2006.

3. The deadlines by which plaintiff must respond to Amazon's first sets of interrogatories and document requests are extended through and including Tuesday, January 17, 2006. It is agreed that as to this first set of discovery requests by Amazon, plaintiff's responses will include all responsive, discoverable information in the possession, custody, or control of both Affinion and CD.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Karen E. Keller* |
| Steven J. Balick (I.D. #2403) | Josy W. Ingersoll (I.D. #1088) |
| John G. Day (I.D. #2114) | John W. Shaw (I.D. #3362) |
| Tiffany Geyer Lydon (I.D. #3950) | Karen E. Keller (I.D. #4489) |
| 222 Delaware Avenue, 17th Floor | The Brandywine Building |
| P.O. Box 1150 | 1000 West Street, 17th Floor |
| Wilmington, Delaware 19899 | Wilmington, DE 19801 |
| 302-654-1888 | 302-571-6600 |
| *Attorneys for Plaintiff* | *Attorneys* for *Defendant* |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

164566.1