IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-414-JJF |
| v. | ) ) | |
| AMAZON.COM, INC., | ) ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Steven Lieberman, Elizabeth A. Leff, Brian Rosenbloom, and C. Nichole Gifford, to represent the plaintiff in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $100.00 is included to cover the annual fee.

 ASHBY & GEDDES

 */s/ Steven J. Balick*
 _____
 Steven J. Balick (I.D. #2403)
 John G. Day (I.D. #2114)
 Tiffany Geyer Lydon (I.D. #3950)
 222 Delaware Avenue, 17th Floor
 P.O. Box 1150
 Wilmington, Delaware 19899
 302-654-1888

 *Attorneys for Plaintiff*

Dated: December 22, 2005
164966.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-414-JJF |
| v. | ) ) | |
| AMAZON.COM, INC., | ) ) | |
| Defendant. | ) ) | |

## **ORDER**

This _____ day of _____, 200\_\_, the Court having considered the motion for the admission *pro hac vice* of Steven Lieberman, Elizabeth A. Leff, Brian Rosenbloom, and C. Nichole Gifford to represent the plaintiffs in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund, effective 01/01/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of the Court.

_____
Steven Lieberman
Rothwell, Figg, Ernst & Manbeck, PC
Suite 800
1425 K Street, N.W.
Washington, DC 20005
Phone: 202-783-6040
Facsimile: 202-783-6031
E-mail: slieberman@rfem.com

DATED: December 21, 2005

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Washington, the State of Florida and the District of Columbia, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund, effective 01/01/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of the Court.

DATED: December 20, 2005

_____
Elizabeth A. Leff
Rothwell, Figg, Ernst & Manbeck, PC
Suite 800
1425 K Street, N.W.
Washington, DC 20005
Telephone: 202-783-6040
Facsimile: 202-783-6031
E-mail: eleff@rfem.com

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland, the State of Virginia and the District of Columbia, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund, effective 01/01/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of the Court.

Brian Rosenbloom
Rothwell, Figg, Ernst & Manbeck, PC
Suite 800
1425 K Street, N.W.
Washington, DC  20005
Phone: 202-783-6040
Facsimile: 202-783-6031
E-mail: brosenbloom@rfem.com

DATED: December 21, 2005

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Tennessee and the District of Columbia, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund, effective 01/01/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of the Court.

                                                                                    C. Nichole Gifford
                                                                                    Rothwell, Figg, Ernst & Manbeck, PC
                                                                                    Suite 800
                                                                                    1425 K Street, N.W.
                                                                                    Washington, DC  20005
                                                                                    Phone: 202-783-6040
                                                                                    Facsimile: 202-783-6031
                                                                                    E-mail: ngifford@rfem.com

DATED: December 21, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2005, the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| Lynn H. Pasahow, Esquire<br>Fenwick & West, LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041 | VIA FEDERAL EXPRESS |

  */s/ Steven J. Balick*
  _____
  Steven J. Balick