IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>       Defendant. | Civil Action No. 05-414-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Defendant Amazon.com, Inc.'s (1) Response to Plaintiff CD Intellectual Property Holdings, LLC's First Set of Interrogatories; and (2) Responses and Objections to Plaintiff's First Request for Documents and Tangible Things, were caused to be served on January 9, 2006, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC MAIL & U.S. MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Ave.
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

**BY ELECTRONIC MAIL**

Steve Lieberman, Esq.
Elizabeth A. Leff, Esq.
Brian Rosenbloom, Esq.
C. Nichole Gifford, Esq.
ROTHWELL, FIGG, ERNST & MANBECK, PC
1425 K Street, NW, Suite 800
Washington, D.C. 20005

slieberman@rfem.com
eleff@rfem.com
brosenbl@rfem.com
ngifford@rfem.com

PLEASE TAKE FURTHER NOTICE that on January 11, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com

Additionally, I further certify that on January 11, 2006, I caused a copy of the foregoing document to be served by hand delivery and electronic mail on the above listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

Steve Lieberman, Esq.
ROTHWELL, FIGG, ERNST & MANBECK, PC
1425 K Street, NW, Suite 800
Washington, D.C. 20005
slieberman@rfem.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Karen E. Keller*
_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com
Attorneys for Defendant Amazon.com, Inc.

*Of counsel:*
Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
C.J. Alice Chen
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Dated: December 5, 2005