IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 05-414-JJF ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 13th day of January, 2006, **ROTHWELL, FIGG, ERNST & MANBECK'S RESPONSES TO AMAZON.COM'S RULE 45 SUBPOENA** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire <br> Young Conaway Stargatt & Taylor <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 | HAND DELIVERY |
| Lynn H. Pasahow, Esquire <br> Fenwick & West, LLP <br> Silicon Valley Center <br> 801 California Street <br> Mountain View, CA 94041 | VIA FEDERAL EXPRESS |

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Third Party*
*Rothwell, Figg, Ernst & Manbeck*

*Of Counsel:*

Steven Lieberman
Elizabeth A. Leff
Brian Rosenbloom
C. Nichole Gifford
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 783-6040

Dated: January 13, 2006
160383.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Lynn H. Pasahow, Esquire<br>Fenwick & West, LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 | **VIA FEDERAL EXPRESS** |

/s/ Tiffany Geyer Lydon
_____
Tiffany Geyer Lydon