IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | C.A. No. 05-414-JJF |
| AMAZON.COM, INC., | | |
| Defendant. | | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 13th day of January, 2006, **CHARLES STACK'S RESPONSES TO AMAZON.COM'S RULE 45 SUBPOENA** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Lynn H. Pasahow, Esquire<br>Fenwick & West, LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 | VIA FEDERAL EXPRESS |

                              ASHBY & GEDDES

                              */s/ Tiffany Geyer Lydon*
                              _____

                              Steven J. Balick (I.D. #2114)
                              John G. Day (I.D. #2403)
                              Tiffany Geyer Lydon (I.D. #3950)
                              222 Delaware Avenue, 17th Floor
                              P.O. Box 1150
                              Wilmington, DE  19899
                              (302) 654-1888
                              sbalick@ashby-geddes.com
                              jday@ashby-geddes.com
                              tlydon@ashby-geddes.com

                              *Attorneys for Third Party*
                              *Charles Stack*

*Of Counsel:*

Steven Lieberman
Elizabeth A. Leff
Brian Rosenbloom
C. Nichole Gifford
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 783-6040

Dated:   January 13, 2006
160383.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Lynn H. Pasahow, Esquire<br>Fenwick & West, LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon