IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC, | |
| Plaintiff, | C.A. No. 05-00414 (JJF) |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |
| AMAZON.COM, INC., and A9.COM, INC., | |
| Plaintiffs, | |
| v. | C.A. No. 06-00041 (JJF) |
| CENDANT CORPORATION, TRILEGIANT CORPORATION, ORBITZ, LLC, ORBITZ, INC., BUDGET RENT A CAR SYSTEM, INC., and AVIS RENT A CAR SYSTEM, INC., | |
| Defendants. | |

## AMAZON.COM, INC. AND A9.COM, INC.'S MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Amazon.com, Inc. and A9.com, Inc.

hereby move the Court for an order consolidating Civil Action No. 05-00414 (JJF) and Civil

Action No. 06-00041 (JJF).  The grounds for this motion are set forth in the Amazon.com, Inc.

and A9.com, Inc.'s Opening Brief In Support of Motion to Consolidate, filed contemporaneously

herewith.

Dated:  February 2, 2006                        AMAZON.COM, INC. and A9.COM, INC.

                                                *Karen E. Keller* (signature)

                                                Josy W. Ingersoll (I.D. # 1088)
                                                John W. Shaw (I.D. # 3362)
                                                Karen E. Keller (I.D. # 4489)
                                                The Brandywine Building
                                                1000 West Street, 17th Floor
                                                Wilmington, DE  19801
                                                Telephone: (302) 571-6600

                                                Attorneys for Defendant/Plaintiffs
                                                AMAZON.COM, INC. and A9.COM, INC.

OF COUNSEL:
Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
Wendy L. Bjerknes
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on February 2, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esq.
> ASHBY & GEDDES
> 222 Delaware Ave.
> P.O. Box 1150
> Wilmington, DE 19899
> sbalick@ashby-geddes.com

I further certify that on February 2, 2006, I caused a copy of the foregoing document to be served by hand delivery and electronic mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS & E-MAIL**

Douglas E. Olson
*dougolson@paulhastings.com*
Stephen S. Korniczky
*stevekorniczky@paulhastings.com*
James V. Fazio, III
*jamesfazio@paulhasting.com*
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
3579 Valley Center Drive
San Diego, CA 92130

Steve Lieberman, Esq. *slieberman@rfem.com*
ROTHWELL, FIGG, ERNST
  & MANBECK, PC
1425 K Street, NW, Suite 800
Washington, D.C. 20005

YOUNG CONAWAY STARGATT &
  TAYLOR, LLP

_____/s/ Karen E. Keller_____
John W. Shaw (ID# 3362)
Karen E. Keller (ID#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
kkeller@ycst.com

Attorneys for Defendant