IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | C.A. No. 1:05-00414 (JJF) |

**ORDER OF CONSOLIDATION**

IT IS HEREBY ORDERED this ___ day of _____, 2006, that:

1. The following actions are consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a):

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | C.A. No. 05-00414 (JJF) |
| AMAZON.COM, INC., and A9.COM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CENDANT CORPORATION, TRILEGIANT CORPORATION, ORBITZ, LLC, ORBITZ, INC., BUDGET RENT A CAR SYSTEM, INC., and AVIS RENT A CAR SYSTEM, INC., <br><br> Defendants. | C.A. No. 06-00041 (JJF) |

2. The caption of the consolidated matter shall be:

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>                Plaintiff,<br>    v.<br>AMAZON.COM, INC.,<br><br>                Defendant. | Consolidated C.A. No. 05-00414 (JJF) |
| AMAZON.COM, INC., and A9.COM, INC.,<br><br>                Plaintiffs,<br>    v.<br>CENDANT CORPORATION, TRILEGIANT CORPORATION, ORBITZ, LLC, ORBITZ, INC., BUDGET RENT A CAR SYSTEM, INC., and AVIS RENT A CAR SYSTEM, INC.,<br><br>                Defendants. | C.A. No. 06-00041 (JJF) |

3.    Until further order of the Court, all papers in these cases shall be filed in Consolidated Civil Action No. 05-00414 (JJF).

 

_____
United States District Judge

23984/00403/LIT/1244067.1

2