## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on February 2, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esq.
>ASHBY & GEDDES
>222 Delaware Ave.
>P.O. Box 1150
>Wilmington, DE 19899
>sbalick@ashby-geddes.com

I further certify that on February 2, 2006, I caused a copy of the foregoing document to be served by hand delivery and electronic mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS & E-MAIL**

Douglas E. Olson
*dougolson@paulhastings.com*
Stephen S. Korniczky
*stevekorniczky@paulhastings.com*
James V. Fazio, III
*jamesfazio@paulhasting.com*
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
3579 Valley Center Drive
San Diego, CA 92130

Steve Lieberman, Esq. *slieberman@rfem.com*
ROTHWELL, FIGG, ERNST
 & MANBECK, PC
1425 K Street, NW, Suite 800
Washington, D.C. 20005

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

   /s/  Karen E. Keller
John W. Shaw (ID# 3362)
Karen E. Keller (ID#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 571-6600
kkeller@ycst.com

Attorneys for Defendant