IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 05-414-JJF<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 17th day of January, 2006, **SUBPOENA DIRECTED TO JENNIFER A. JACOBI** was served upon the following counsel of record in the manner indicated:

Wendy L. Bjerknes, Esquire                                                                                **E-MAIL**
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

The undersigned also hereby certifies that on the 9th day of February, 2006, **NOTICE OF SUBPOENA DIRECTED TO JENNIFER A. JACOBI** was served upon the following counsel of record at the address and in the manner indicated:

John W. Shaw, Esquire                                                                                 **HAND DELIVERY**
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Lynn H. Pasahow, Esquire                                    VIA FEDERAL EXPRESS
Fenwick & West, LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041

                                                     ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff CD Intellectual Property Holdings LLC*

*Of Counsel:*

Steven Lieberman
Elizabeth A. Leff
Brian Rosenbloom
C. Nichole Gifford
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 783-6040

Dated:  February 9, 2006

166502.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel at the address and in the manner indicated:

John W. Shaw, Esquire                                HAND DELIVERY
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


Lynn H. Pasahow, Esquire                             VIA FEDERAL EXPRESS
Fenwick & West, LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041


 */s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon