IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS LLC, ) ) ) | |
| Plaintiff, ) ) ) | C.A. No. 05-414-JJF |
| v. ) ) | |
| AMAZON.COM, INC., ) ) ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of January, 2006, **SUBPOENA DIRECTED TO GREGORY LINDEN** was served upon the following counsel of record in the manner indicated:

Wendy L. Bjerknes, Esquire                                                              E-MAIL
Fenwick & West LLP
801 California Street
Mountain View, CA  94041

The undersigned also hereby certifies that on the 9th day of February, 2006, **NOTICE OF SUBPOENA DIRECTED TO GREGORY LINDEN** was served upon the following counsel of record at the address and in the manner indicated:

John W. Shaw, Esquire                                                                    HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Lynn H. Pasahow, Esquire  
Fenwick & West, LLP  
Silicon Valley Center  
801 California Street  
Mountain View, CA  94041  

VIA FEDERAL EXPRESS

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____  
Steven J. Balick (I.D. #2114)  
John G. Day (I.D. #2403)  
Tiffany Geyer Lydon (I.D. #3950)  
222 Delaware Avenue, 17th Floor  
P.O. Box 1150  
Wilmington, DE  19899  
(302) 654-1888  
sbalick@ashby-geddes.com  
jday@ashby-geddes.com  
tlydon@ashby-geddes.com  

*Attorneys for Plaintiff CD Intellectual Property Holdings LLC*

*Of Counsel:*

Steven Lieberman  
Elizabeth A. Leff  
Brian Rosenbloom  
C. Nichole Gifford  
Rothwell, Figg, Ernst & Manbeck, P.C.  
1425 K Street, N.W.  
Suite 800  
Washington, D.C.  20005  
(202) 783-6040  

Dated:  February 9, 2006  

166502.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel at the address and in the manner indicated:

John W. Shaw, Esquire                                                              HAND DELIVERY
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


Lynn H. Pasahow, Esquire                                                        VIA FEDERAL EXPRESS
Fenwick & West, LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041


*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon