IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-414-JJF |
| v. | ) ) ) | |
| AMAZON.COM, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 15th day of February, 2006, **SECOND SET OF INTERROGATORIES OF PLAINTIFF CD INTELLECTUAL PROPERTY HOLDINGS, LLC** was served upon the following counsel of record at the address and in the manner indicated:

John W. Shaw, Esquire                                                                                                   **HAND DELIVERY**
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


Lynn H. Pasahow, Esquire                                                                                          **VIA FEDERAL EXPRESS**
Fenwick & West, LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041

                            ASHBY & GEDDES

                            */s/ Tiffany Geyer Lydon*
                            _____

                            Steven J. Balick (I.D. #2114)
                            John G. Day (I.D. #2403)
                            Tiffany Geyer Lydon (I.D. #3950)
                            222 Delaware Avenue, 17th Floor
                            P.O. Box 1150
                            Wilmington, DE  19899
                            (302) 654-1888
                            sbalick@ashby-geddes.com
                            jday@ashby-geddes.com
                            tlydon@ashby-geddes.com

                            *Attorneys for Plaintiff CD Intellectual Property Holdings LLC*

*Of Counsel:*

Steven Lieberman
Elizabeth A. Leff
Brian Rosenbloom
C. Nichole Gifford
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 783-6040

Dated:   February 15, 2006
160383.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel at the address and in the manner indicated:

John W. Shaw, Esquire                                           HAND DELIVERY
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


Lynn H. Pasahow, Esquire                                   VIA FEDERAL EXPRESS
Fenwick & West, LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041


                                                                                          */s/ Tiffany Geyer Lydon*
                                                                                          _____
                                                                                          Tiffany Geyer Lydon