IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CD INTELLECTUAL PROPERTY            )
HOLDINGS LLC,                       )
                                    )
              Plaintiff,            )
                                    )        C.A. No. 05-414-JJF
       v.                           )
                                    )
AMAZON.COM, INC.,                   )
                                    )
              Defendant.            )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 15th day of February, 2006, **THIRD SET OF REQUESTS FOR DOCUMENTS AND TANGIBLE THINGS OF PLAINTIFF CD INTELLECTUAL PROPERTY HOLDINGS, LLC** was served upon the following counsel of record at the address and in the manner indicated:

John W. Shaw, Esquire                        HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801


Lynn H. Pasahow, Esquire                     VIA FEDERAL EXPRESS
Fenwick & West, LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff CD Intellectual
Property Holdings LLC*

*Of Counsel:*

Steven Lieberman
Elizabeth A. Leff
Brian Rosenbloom
C. Nichole Gifford
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 783-6040

Dated:   February 15, 2006
160383.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2006, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel at the address and in the manner

indicated:


John W. Shaw, Esquire                                              HAND DELIVERY
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


Lynn H. Pasahow, Esquire                                        VIA FEDERAL EXPRESS
Fenwick & West, LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041



                                        */s/ Tiffany Geyer Lydon*
                                        _____
                                        Tiffany Geyer Lydon