IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Civil Action No. 05-414-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Amazon.com's Second Set of Interrogatories to Plaintiff CD Intellectual Property Holdings, LLC., and (2) Amazon.com's Second Set of Requests for Production of Documents to Plaintiff CD Intellectual Property Holdings, LLC [Requests Nos. 71-88], were caused to be served on February 13, 2006, upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY & ELECTRONIC MAIL**

Steven J. Balick, Esq.
ASHBY & GEDDES
222 Delaware Ave.
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com

**BY ELECTRONIC MAIL**

Steve Lieberman, Esq.
ROTHWELL, FIGG, ERNST & MANBECK, PC
1425 K Street, NW, Suite 800
Washington, D.C. 20005
slieberman@rfem.com

PLEASE TAKE FURTHER NOTICE that on February 16, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com

Additionally, I further certify that on February 16, 2006, I caused a copy of the foregoing document to be served by hand delivery and electronic mail on the above listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

Steve Lieberman, Esq.
ROTHWELL, FIGG, ERNST & MANBECK, PC
1425 K Street, NW, Suite 800
Washington, D.C. 20005
slieberman@rfem.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Monté T. Squire (No. 4764)
msquire@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Attorneys for Defendant Amazon.com, Inc.

*Of counsel:*
Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
C.J. Alice Chen
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Dated:  February 16, 2006