# EXHIBIT B

CNET tech sites: Product reviews | Shop | Tech news | Downloads | Site map

Log in

News.com Mobile for PDA or phone

Forgot password? | Sign up



Corrections  Blogs  Extra  Readers' Choice  My News
Front Door  Business Tech  Cutting Edge  Access  Threats  Media 2.0  Markets  Digital Life

# Amazon countersues Cendant

By Paul Festa
Staff Writer, CNET News.com
Published: July 18, 2005, 12:18 PM PDT

TalkBack
E-mail
Print

**Amazon.com has accused Cendant of patent infringement in what it described as a purely defensive countersuit.**

Amazon late last month filed the claims in the U.S. District Court for the Western District of Washington, alleging that Cendant and subsidiaries Orbitz, Avis, Budget and Trilegiant infringed four patents held by Amazon.

Cendant had sued Amazon for patent infringement in November. Following unsuccessful settlement negotiations, the company refiled its suit in June. Amazon subsequently filed its countersuit.

Amazon has walked a fine line between decrying the state of software and business process patent litigiousness and building its own healthy patent portfolio. Amazon CEO Jeff Bezos has advocated patent reform for years.

In other news:

- ENIAC: A computer is born - Stories, photos and video
- RSA confab: Boom times for security
- Intel's mantra: Let's make a deal
- Newsmaker: You've got (certified) mail!

Amazon said its current patent action came only in self-defense.

"The suit was filed in direct response to Cendant's refiling of their patent infringement suit," said Amazon spokeswoman Patty Smith. "This is the first time that we have asserted any of these four patents, and we would not have asserted them if Cendant had not filed against us. It's purely a defensive measure."

Cendant did not immediately return calls seeking comment.

The four patents in question are U.S. Patent No. 5,715,399: secure method and system for communicating a list of credit card numbers over a nonsecure network; No. 6,029,141: Internet-based customer referral system; No. 6,625,609: method and system for navigating within a body of data using one of a number of alternative browse graphs; and No. 6,629,079: method and system for electronic commerce using multiple roles.

**TalkBack**

**E-mail**

**Print**

**Read more on this story's topics and companies**

- Add to My News | Create an alert **Patents**
- Add to My News | Create an alert **E-commerce**
- Add to My News | Create an alert **Legal**
- Add to My News | Create an alert **Amazon.com Inc**

**TrackBack**

See links from elsewhere to this story.

**TalkBack**

No discussion exists, click here to start it.

advertisement



**The big picture**  **Related stories**  **What's hot**  **Latest headlines**

- Symantec taps ex-airline exec as CFO
- Readers on their first computer
- Microsoft flagged Symantec software as spyware
- Banks scramble on debit card theft
- A showcase for all things wireless
- As Valentine's approaches, Craigslist heats up
- Microsoft, BT, Virgin team on mobile TV
- Swimsuit downloads for your iPod or phone
- Nvidia's new graphics chip rings up 'Quake'
- RIM unfazed as rivals take aim at BlackBerry
- MySQL lands $18.5 million in third round
- HP extends Oracle pact to cover middleware
- Open source: The newest competitive tool
- Seagate plans 12GB mini-hard drive
- Software vendors face rising offshore costs
- **See all headlines from the past week >**

**Dice Career Guidance Center**
- Post your resume on Dice where it will be seen by thousands of hiring companies. Find your next great career opportunity>>

- Are you earning what you're worth?Find out how your salary stacks up>>
- Search more than 60,000 tech jobs. Enter keywords skill, job title, location.Read all about it>>



**Top picks from News.com readers**

Readers who read **Amazon countersues Cendant** also read…

- Cendant sues Amazon over book recommendations
- FAQ: The new 'annoy' law explained
- 600,000 Xbox 360 units sold in U.S.
- In Canada: Cache a page, go to jail?
- Yahoo updates antispam tools
- Planning to dump IE? Think again
- Congress to scrutinize patent tax breaks
- Sony looks to high end for hit products
- Google to bid on AOL?

More Info

**Markets**

Market news, charts, SEC filings, and more

**Related quotes**

- Amazon.com Inc. 37.86 -0.66 (-1.71%)

- DJIA 10,892.24 -26.81 (-0.25%)

- S&P 500 1,262.86 -4.13 (-0.33%)

- NASDAQ 2,239.81 -22.07 (-0.98%)

- CNET TECH 1,384.96 -13.56 (-0.97%)

Symbol Lookup

**Daily spotlight**

Previous Next

**Photos: Fans flock to comic convention**



Imaginations wander at WonderCon 2006, a comic-book convention held in San Francisco over the weekend.

**Perspective: E-tracking through your cell phone**



Against a law, prosecutors aim to track suspects' locations through cell phones, CNET News.com's Declan McCullagh says.

**Video: AMD video contest winners**



AMD sponsored a film contest to express the concept of "waitlessness" in 64 seconds. Here are the winners.

**Intel's mantra: Let's make a deal**



**news analysis** Chipmaker's pact with Skype highlights how exclusive content can outweigh technology or performance.
- Intel shows off quad core

advertisement



Site map | How to advertise | Contact us | Send us tips | News.com mobile | E-mail newsletters | All RSS feeds | XML | Linking policy | Content licensing | Corrections

**BNET** | **CNET.com** | **CNET Channel** | **CNET Download.com** | **CNET News.com** | **CNET Reviews** | **CNET Shopper.com** | **Computer Shopper**

**GameSpot** | **International Media** | **MP3.com** | **mySimon** | **Release 1.0** | **Search.com** | **TechRepublic** | **TV.com** | **Webshots** | **ZDNet**

Copyright ©2006 CNET Networks, Inc. All Rights Reserved. Privacy Policy | About CNET Networks | Jobs | Terms of Use