IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-414-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of February, 2006, **CD'S SUPPLEMENTAL RESPONSES TO AMAZON'S FIRST SET OF INTERROGATORIES** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| Lynn H. Pasahow, Esquire<br>Fenwick & West, LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 | <u>VIA FEDERAL EXPRESS</u> |

                                       ASHBY & GEDDES

                                       */s/ Tiffany Geyer Lydon*
                                       _____
                                       Steven J. Balick (I.D. #2114)
                                       John G. Day (I.D. #2403)
                                       Tiffany Geyer Lydon (I.D. #3950)
                                       222 Delaware Avenue, 17th Floor
                                       P.O. Box 1150
                                       Wilmington, DE 19899
                                       (302) 654-1888
                                       sbalick@ashby-geddes.com
                                       jday@ashby-geddes.com
                                       tlydon@ashby-geddes.com

                                       *Attorneys for Plaintiff CD Intellectual*
                                       *Property Holdings LLC*

*Of Counsel:*

Steven Lieberman
Elizabeth A. Leff
Brian Rosenbloom
C. Nichole Gifford
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 783-6040

Dated: February 17, 2006
160383.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Lynn H. Pasahow, Esquire<br>Fenwick & West, LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon