# EXHIBIT E
# Part I

 Your Store | See All 32 Product Categories | Your Account | Cart | Wish List | Help | 

Gift Ideas | International | New Releases | Top Sellers | Today's Deals | Sell Your Stuff

Search [Amazon.com ▼] [_____]  

**Hello.** Sign in to get personalized recommendations. New Customer? Start here.

BROWSE

**Customers with similar searches purchased**

  

[Add favorites]
**Featured Stores**
- Apparel & Accessories
- Beauty
- DVD's TV Central
- Electronics
- Gourmet Food
- Jewelry & Watches
- Shoes
- Textbooks

Me Talk Pretty One Day by David Sedaris | Me Talk Pretty One Day by David Sedaris | Dress Your Family in Corduroy and Denim by David Sedaris

**New Stores**
- Automotive
- Musical Instruments
- Health & Personal Care
- Yellow Pages

> See more in the Page You Made

**The Page You Made**

  

**Books, Music, DVD**
- Books
- DVD
- Magazine Subscriptions
- Music
- Video
- Amazon Shorts

Dress Your Family in Corduroy and Denim by David Sedaris
(Why was I recommended this?)

Holidays on Ice : Stories by David Sedaris
(Why was I recommended this?)

Barrel Fever: Stories and Essays by David Sedaris
(Why was I recommended this?)

**Electronics & Office**
- Electronics
- Audio & Video
- Camera & Photo
- Office Products
- Software
- Computer & Video Games
- Computers
- Cell Phones & Services

> See more in the Page You Made

**Editors' Picks: Products We Love**

   

**Kids & Baby**
- Toys & Games
- Baby
- Imaginarium

**Home & Garden**
- Bed & Bath
- Furniture & Décor

**Editors' Picks: Books**
• See Our Books

**Editors' Picks: Magazines**
• See Our Magazine

**Editors' Picks: DVD**
• See Our DVD Editor's


Fuller [
Away

comfor
home
revolut
LaserC
ready f
and a r

Harry [
Goblet

of Fire
pre-ord
with th
Years i


New A
Nanos
Store


Handy
Sticky

**$ Make Money**

- Marketplace
- Associates
- Advantage
- Web Services
- Paid Placements

> See all services

**Special Features**

- Amazon.com Mobile Access
- Amazon Credit Account
- Amazon Fishbowl with Bill Maher
- Early Adopters
- Free e-Cards
- Your Amazon Home
- Gift Certificates
- Giving at Amazon.com
- Honor System
- Purchase Circles
- Wedding Registry

## Shop Amazon.com Sports & Outdoors Clearance


**Exercise & Fitness**
- Treadmills
- Elliptical Trainers
- Exercise Bikes
- All Exercise & Fitness Clearance


**Cycling & Accessories**
- Comfort Bikes
- Mountain Bikes
- Cycling Accessories
- All Cycling & Accessories Clearance


**Camping & Hiking**
- Backpacks
- Sleeping Bags
- Tents
- All Camping & Hiking Clearance


**Golf**
- Men's Sets
- Women's Sets
- Golf Bags
- All Golf Clearance


**Game Room**
- Casino and Card Games
- Table Tennis
- Billiards
- All Game Room Clearance


**Paintball**
- Paintball Markers
- Protective Gear
- Tanks and Accessories
- All Paintball Clearance

## Coming Soon in Music


**Hammersmith Odeon London '75, Bruce Springsteen & the E Street Band**
> More **February 28** releases


**Pay the Devil, Van Morrison**
> More **March 7** releases


*Devo 2.0*
> More **March 14** releases





**3121**, Prince
> More March 21 releases

**Show Your Bones**, Yeah Yeah Yeahs
> More March 28 releases

**Ringleader of the Tormentors**, Morrissey
> More releases April 4 and beyond

## Exercise & Fitness Clearance



We're clearing the shelves of thousands of overstocks and closeouts from all your favorite exercise and fitness categories. Find deep savings on elliptical trainers, treadmills, abdominal trainers, strength training equipment, exercise bikes, and much more. Shop the savings below, or see them all.

- Elliptical trainers
- Treadmills
- Abdominal trainers
- Strength training
- Exercise bikes

> Shop Exercise & Fitness Clearance

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

Search Amazon.com for [  ] GO!

Top of Page

Directory of All Stores

Our International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | Shopping Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Room | Careers | Join Associates | Join Advantage | Join Honor System

**amazon.com.**                                                           Help | Close window

**Recommended for you**


**Holidays on Ice : Stories**
by David Sedaris
**Our Price:** $8.95
**Used & new** from $3.50

[Add to Cart]  [Add to Wish List]

x|☆☆☆☆☆
☐ I Own It
☐ Not interested

**Because you recently viewed...**

**Naked**
by David Sedaris

x|☆☆☆☆☆
☑ Use to make recommendations

---

**Me Talk Pretty One Day**
by David Sedaris

x|☆☆☆☆☆
☑ Use to make recommendations

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates

Case 1:05-cv-00414-JJF     Document 47-6     Filed 02/23/2006     Page 6 of 6

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates