# EXHIBIT E
# Part II

Recommended For You > **Page You Made**

**YOUR HISTORY**

**Nikki Gifford**, here are the items in your recent history (If you're not Nikki Gifford, click here.)

**Items in your history**

- ☑ Chicago Metallic Commercial 18 by 13-Inch Jelly Roll Pan Chicago Metallic
- ☑ Naked by David Sedaris
- ☑ Me Talk Pretty One Day by David Sedaris
- ☑ OK! First for Celebrity News

**Your Recent Searches**

- ☑ sedaris in All Products



**To turn off the Page You Made and your recent history, opt out here.**

**Need Help?**
Visit our help area to learn more.

## Customers who bought the items in your history also bought:

1. 
**Dress Your Family in Corduroy and Denim**
by David Sedaris
Average Customer Review: ★★★★☆
Publication Date: June 1, 2004
**Our Price: $15.72**

2. 
**Holidays on Ice : Stories**
by David Sedaris
Average Customer Review: ★★★★☆
Publication Date: November 1, 1998
**Our Price: $8.95**

3. 
**Barrel Fever: Stories and Essays**
by David Sedaris
Average Customer Review: ★★★★☆
Publication Date: June 1, 1995
**Our Price: $11.16**

4. 
**Running with Scissors: A Memoir**
by Augusten Burroughs
Average Customer Review: ★★★★☆
Publication Date: June 1, 2003
**Our Price: $10.50**

5. 
**Vanity Fair**
Average Customer Review: ★★★★☆
**Our Price: $18.00**

6. 
**Matfer Exopat Nonstick Baking/Roasting Sheet**
Matfer
Average Customer Review: ★★★★★
Release Date: October 6, 2005
**Our Price: $12.95**

Listı


Books t Summer ! by Briar "brie


Things th Laugh Alou 30307


Magazines to: A list b

Best I Amazon.c "jke


Magazines forward ... Sugarm ma

Create a

7. **Chicago Metallic Commercial 14 by 16-Inch Cookie Sheet**
Chicago Metallic
Average Customer Review:
Release Date: April 26, 2000
**Our Price:** $12.99

8. 
**In Style**
Average Customer Review:
**Our Price:** $23.88

9. 
**Children Playing Before a Statue of Hercules**
by David Sedaris (Editor)
Average Customer Review:
Publication Date: March 29, 2005
**Our Price:** $10.17

10. 
**Elle**
Average Customer Review:
**Our Price:** $14.00

11. 
**W**
Average Customer Review:
**Our Price:** $16.95

12. 
**Allure**
Average Customer Review:
**Our Price:** $12.00

13. 
**Harper's Bazaar**
Average Customer Review:
**Our Price:** $8.00

14. **Dry : A Memoir**
by Augusten Burroughs
Average Customer Review:

Publication Date: April 1, 2004

**Our Price:** **$10.50**

---

15. 


**Us Weekly**
Average Customer Review:

**Our Price:** **$69.97**

---

16. 

**Chicago Metallic Commercial Large Chrome Cooling Grid 15-1/2 by 12-1/2-Inch**
Chicago Metallic
Average Customer Review:
Release Date: April 26, 2000
**Our Price:** **$8.99**

---

17. 

**Vogue**
Average Customer Review:

**Our Price:** **$18.00**

---

18. 

**Hello**
Average Customer Review:

**Our Price:** **$255.65**

---

19. 

**People (6-month subscription)**
Average Customer Review:

**Our Price:** **$56.94**

---

20. 

**Magical Thinking : True Stories**
by Augusten Burroughs
Average Customer Review:
Publication Date: October 5, 2004
**Our Price:** **$16.29**

---

## Explore Related Categories

**Books**
Biographies & Memoirs > General
Entertainment > Humor > Essays

Literature & Fiction > World Literature > British > 20th Century
Entertainment > Humor > General
Entertainment > Humor > Satire, General

**Magazine Subscriptions**
Professional & Trade
Entertainment > Celebrities

**Where's My Stuff?**
• Track your recent orders.
• View or change your orders in Your Account.

**Shipping & Returns**
• See our shipping rates & policies.
• Return an item (here's our Returns Policy).

**Need Help?**
• Forgot your password? Click here.
• Redeem or buy a gift certificate.
• Visit our Help department.

**Search** Amazon.com **for** GO!

Amazon.com Home | Directory of All Stores

Our International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | Shopping Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Room | Careers

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates

amazon.com | Your Store | See All 32 Product Categories | Your Account | Cart | Wish List | Help |

Search Amazon.com | GO | Find Gifts | A9 Web Search

**You could save $30 today with the Amazon.com Visa® Card**

**Save $30** off your first eligible purchase, earn up to **3% rewards**, get a **0% initial APR**, and pay **no annual fee**

Find out how

After just 2,500 points you'll get a **$25 Amazon.com Reward Certificate.**

# Shopping **Cart**

Already a customer? Sign in

See more items like those in your cart

**Subtotal: $15.11**

Make any changes below? Update

| **Shopping Cart Items--To Buy Now** | | **Price:** | **Qty:** |
|---|---|---|---|
| Item added on February 17, 2006<br>Save for later<br>Delete | **Freakonomics : A Rogue Economist Explores the Hidden Side of Everything** - Steven D. Levitt; **Roughcut**<br>Usually ships in 24 hours<br>Eligible for FREE Super Saver Shipping | $15.11<br>You Save: $10.84 (42%) | 1 |

☐ **Add gift-wrap/note**
(Learn more)

## Customers who bought the items in your shopping cart also bought:

- The World Is Flat: A Brief History of the Twenty-first Century by Thomas L. Friedman
- Blink : The Power of Thinking Without Thinking by Malcolm Gladwell
- The Tipping Point: How Little Things Can Make a Big Difference by Malcolm Gladwell
- On Bullshit by Harry G. Frankfurt
- Crimes Against Logic by Jamie Whyte

READY TO ORDER?

**Wait! Add $9.89 to your order to qualify for FREE Super Saver Shipping.**

See details

A9.com users **save 1.57%** on Amazon. Learn how.

Proceed to checkout

Sign in to turn on 1-Click ordering.

☐ **Show gift options during checkout**

**Recently Viewed Items:**

Freakonomics : A Rogue Economist Explores the Hidden Side of Everything by Steven D. Levitt

**See more in the Page You Made**

**Featured Item**




The World Is Flat: A Brief History of the Twenty-first Century by Thomas L. Friedman



REDACTED 's Store | See All 32 Product Categories | Your Account |  Cart | Wish List | Help |

Gift Ideas | International | New Releases | Top Sellers | Today's Deals | Sell Your Stuff

Search Amazon.com 

Hello, REDACTED . We have recommendations for you. (If you're not REDACTED , click here.)

BROWSE

**Your Favorites** 

- Toys & Games
- Books
- Baby
- Computer & Video Games
- Music
- Kitchen & Housewares
- Electronics
- Health & Personal Care

**Featured Stores**

- Apparel & Accessories
- Beauty
- DVD's TV Central
- Electronics
- Gourmet Food
- Jewelry & Watches
- Shoes
- Textbooks

**New Stores**

- Automotive
- Musical Instruments
- Health & Personal Care
- Yellow Pages

**Books, Music, DVD**

- Books
- DVD
- Magazine Subscriptions
- Music
- Video
- Amazon Shorts

**Electronics & Office**

- Electronics
- Audio & Video
- Camera & Photo
- Office Products
- Software
- Computer & Video Games
- Computers

## Harry Potter and the Prisoner of Azkaban (Book 3)



**Amazon.com**
For most children, summer vacation is something to look forward to. But not for our 13-year-old hero, who's forced to spend his summers with an aunt, uncle, and cousin who detest him. The third book in J.K. Rowling's... Read more (Why was I recommended this?)

## Recommended for you



Harry Potter and the Chamber of Secrets (Book 2) by J.K. Rowling (Why was I recommended this?)



Harry Potter and the Sorcerer's Stone (Book 1) by J.K. Rowling (Why was I recommended this?)



Fraggle Rock - Complete First Season DVD ~ Fraggle Rock (Why was I recommended this?)

› See more Recommendations

## Editors' Picks: Products We Love



**Editors' Picks: Books**
- See Our Books Editor's Picks



**Editors' Picks: Magazines**
- See Our Magazine Editor's Picks



**Editors' Picks: DVD**
- See Our DVD Editor's Picks

## Save 30% on *North Country* or *Domino*




Save 30% or more when you

**It's Lu**



premie
as Cart
Movad

**Weeke iPods**



sale pr
Apple i
these c
after F

**New A Nanos Store**



**Handy Sticky**



amazon.com.

Help | Close window

**Recommended for you**



**Harry Potter and the Prisoner of Azkaban (Book 3)**
by J.K. Rowling, Mary GrandPré (Illustrator)
**Our Price:** $15.63
**Used & new** from $2.49

Add to Cart | Add to Wish List

I Own It
Not interested

**Because you purchased...**

**Harry Potter and the Goblet of Fire (Book 4)**
by J.K. Rowling, Mary GrandPré (Illustrator)

Use to make recommendations



REDACTED 's Store | See All 32 Product Categories | Your Account | Cart | Wish List | Help |



Improve Your Recommendations | Your Amazon Home | Your Profile | Learn More

Search Amazon.com



Web Search

## Recommended for REDACTED (If you're not REDACTED, click here.)

**Recommendations Based on Activity**

Your Watch List (Beta)

**Recommendations by Category**

Your Favorites Edit

- Toys & Games
- Books
- Baby
- Computer & Video Games
- Music
- Kitchen & Housewares
- Electronics
- Health & Personal Care

More Categories

- Apparel & Accessories
- Beauty
- Camera & Photo
- Computers
- DVD
- Jewelry & Watches
- Magazine Subscriptions
- Outdoor Living
- Software
- Sports & Outdoors
- Tools & Hardware
- Video

**Recommendations Based on Your Tags**

(What's this?)

You currently have no tagged items

**Improve Your Recommendations**

These recommendations are based on items you own and more.

view: **All** | New Releases | Coming Soon | More results

1.



**Blubber**
by Judy Blume
Average Customer Review:
Publication Date: April 1, 1976

**Our Price: $5.99**
**Used & new** from $0.01



I Own It | Not interested | Rate it

Recommended because you purchased Otherwise Known as Sheila the Great and more (edit)

2.



**Four Fudge Books by Judy Blume**
by Judy Blume
Average Customer Review:
Publication Date: September 15, 2003

**Our Price: $16.29**
**Used & new** from $15.87

Add to cart | Add to Wish List

I Own It | Not interested | Rate it

Recommended because you purchased Double Fudge and more (edit)

3.



**Iggie's House**
by Judy Blume
Average Customer Review:
Publication Date: October 1, 1986

**Our Price: $5.50**
**Used & new** from $0.01

Add to cart | Add to Wish List

I Own It | Not interested | Rate it

Recommended because you purchased The One in the Middle Is the Green Kangaroo (Yearling Book) and more (edit)

4.

**Are You There God? It's Me, Margaret**
by Judy Blume
Average Customer Review:
Publication Date: October 1, 1991

Update your Amazon history to improve your recommendations
Items you own
Rated items
Not Interested

**Need Help?**
Visit our help area to learn more.



**Our Price: $5.99**
**Used & new** from $0.35



I Own It  Not interested  x|☆☆☆☆☆ Rate it
Recommended because you purchased Otherwise Known as Sheila the Great and more (edit)

---

5.



**The Curious Incident of the Dog in the Night-Time (Vintage Contemporaries)**
by Mark Haddon
Average Customer Review:
Publication Date: May 18, 2004

**Our Price: $10.04**
**Used & new** from $5.60



I Own It  Not interested  x|☆☆☆☆☆ Rate it
Recommended because you purchased The Time Traveler's Wife (Harvest Book) and more (edit)

---

6.



**Mine Are Spectacular! : A Novel**
by Lynn Schnurnberger, Janice Kaplan
Average Customer Review:
Publication Date: June 28, 2005

**Our Price: $16.29**
**Used & new** from $4.99



I Own It  Not interested  x|☆☆☆☆☆ Rate it
Recommended because you purchased The Closed Circle and more (edit)

---

7.



**Saturday**
by Ian McEwan
Average Customer Review:
Publication Date: March 22, 2005

**Our Price: $17.16**
**Used & new** from $14.80



I Own It  Not interested  x|☆☆☆☆☆ Rate it
Recommended because you purchased Snow (Vintage International) and more (edit)

---

8.

**The Mermaid Chair: A Novel**
by Sue Monk Kidd
Average Customer Review:
Publication Date: April 5, 2005







**Our Price: $16.47**
**Used & new** from $5.09

I Own It Not interested x|☆☆☆☆☆ Rate it
Recommended because you purchased Light on Snow and more (edit)

---

9. 


**The Daily Show with Jon Stewart Presents America (The Book): A Citizen's Guide to Democracy Inaction**
by the writers of The Daily Show, Jon Stewart
Average Customer Review:
Publication Date: September 1, 2004

**Our Price: $15.49**
**Used & new** from $3.49

Add to cart
Add to Wish List

I Own It Not interested x|☆☆☆☆☆ Rate it
Recommended because you purchased Naked Pictures of Famous People (edit)

---

10. 

**Rochester Desk Chair**
Bombay
Release Date: February 17, 2006

**Our Price: $499.00**




I Own It Not interested x|☆☆☆☆☆ Rate it
Recommended because you purchased Stanton Desk and more (edit)

---

11. 


**PacMan Collection**
by Majesco Sales, Inc.
Average Customer Review:
Release Date: July 13, 2001

**Our Price: $16.89**
**Used & new** from $9.53

Add to cart
Add to Wish List

I Own It Not interested x|☆☆☆☆☆ Rate it
Recommended because you purchased Namco Museum and more (edit)

---

12.

**Empire Falls (Vintage Contemporaries)**
by Richard Russo
Average Customer Review:
Publication Date: April 12, 2002




Add to cart

Add to Wish List

**Our Price: $10.17**
**Used & new** from $0.89

I Own It Not interested x|☆☆☆☆☆ Rate it

Recommended because you purchased Nobody's Fool (Vintage Contemporaries) and more (edit)

---

13. 


**Lonely Planet Costa Rica (Lonely Planet Costa Rica)**
by Carolina Miranda, Paige Penland
Average Customer Review:
Publication Date: November 1, 2004

**Our Price: $14.95**
**Used & new** from $13.97




I Own It Not interested x|☆☆☆☆☆ Rate it

Recommended because you purchased Moon Handbooks Costa Rica and more (edit)

---

14. 


**Super Mario Advance 4: Super Mario Bros. 3**
by Nintendo
Average Customer Review:
Release Date: October 21, 2003

**Our Price: $29.99**
**Used & new** from $23.49




I Own It Not interested x|☆☆☆☆☆ Rate it

Recommended because you purchased GameBoy Advance SP Carrying Case- Brown Papper and more (edit)

---

15. 

**Stanton Executive Organizer**
Bombay
Release Date: February 17, 2006

**Our Price: $129.00**

See all buying options

I Own It Not interested x|☆☆☆☆☆ Rate it

Recommended because you purchased Stanton Protective Tempered Glass Top and more (edit)

---

**Did you make changes on this page?**
**Refresh your recommendations.**



**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com **for** GO!

## Your Recent History

Learn more

**Recently Viewed Categories**

- Gateway

**Visit the Page You Made**

Amazon.com Home | Directory of All Stores

Our International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | Shopping Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Room | Careers

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates




Help > Enhancing Your Shopping Experience > Our Site Features > Recommendations

## Recommendations

Your Store is a way of making sure that you don't miss the perfect item. We determine your interests by examining the items you've purchased, items you've told us you own, and items you've rated. We then compare your activity on our site with that of other customers. Using this comparison, we are able to recommend other items that may interest you. These recommended items will appear in several areas throughout our store.

Click the links below for more information about viewing and refining the items we recommend:

- How Recommendations Work
- Improving Your Recommendations
- The Page You Made and Your Recent History
- Rating Items
- Your Favorites
- Troubleshooting

### How Recommendations Work

**Are my recommendations saved so I can look at them again later?**

No. Your recommendations will change when you purchase or rate a new item. Changes in the interests of other customers may also affect your own recommendations. Because your recommendations will fluctuate, we suggest you add items that interest you to your Wish List or Shopping Cart. We wouldn't want you to miss something you might enjoy!

**Why was a particular item recommended for me?**

You'll notice "Why?" and "Why was I recommended this?" links next to recommended items on most product home pages. Click these links for a chance to rate or exclude the specific purchases and ratings we used to make a recommendation and therefore influence future recommendations that we make.

**How do I turn off recommendations?**

Simply click the link on our home page that says "If you're not (your name), click here." Then, leave the e-mail and password

**Did this page help?**

- Yes, I found the information I needed.
- No, this page wasn't helpful.

**Contact Us**

**Contact Customer Service by e-mail.**
Please use the e-mail address associated with your Amazon.com account.




**Talk to Customer Service by phone.**
Provide your phone number and we'll call you right away.

[Note: this feature is currently available for customers in the U.S. and Canada only.]



spaces blank and click the "Amazon.com" tab. This will remove our recommendations for you until you sign in again.

**Can I delete items from my "Items You Own" list?**

You may delete any items that you've told us you own. On the "Items you own" list, you should see the following sentence next to these items: "Already own this item (delete)." Click the word "delete" to remove the item from your list.

It's not currently possible to delete items you have purchased on Amazon.com. However, you can prevent these items from affecting your recommendations--just uncheck the box next to "Use to make recommendations."

**What happened to New for You and other recommendations features I used to visit at Amazon.com?**

We've made these features more accessible and easier to use as part of our new Your Store. Here you'll find your recommendations, as well as personalized new and future releases, recommended bargains, and the Improve Your Recommendations area, where you can tell us more about your preferences to help us make better recommendations for you.

## Improving Your Recommendations

**How can I get recommendations that are better suited to my tastes?**

First, tell us more about what you like by visiting the Improve Your Recommendations area. If you are a new customer, help us get to know you by going through our Recommendations Wizard.

Also, if you're unsure why we are recommending a particular item, click the link labeled "Why was I recommended this?" which appears beneath each item when you view Your Recommendations. We'll tell you which of your previous ratings or purchases influenced our suggestion, so you can then revise your ratings or exclude those purchases if necessary.

**How do I exclude gift purchases--or any other purchase I've made--from being used to recommend items to me?**

There are two ways to exclude an item you've purchased or rated from being used in making recommendations for you:

- Click the **Improve Your Recommendations** link below the tabs in the Recommended for You area. Locate the items you wish to exclude in the list of "Items I own," and uncheck the "Use to make recommendations" option.
- From the "Why was I recommended this" list, uncheck the "Use to make recommendations" option for those

recommendation reasons you wish to exclude from being used to make future recommendations.

## The Page You Made and Your Recent History

### What is the Page You Made?

The Page You Made is meant to help you keep track of some of the items you've recently viewed, searches you've recently made, and product categories you've recently visited, and help you find related items that might be of interest. As you browse through the store, we will bring to your attention items similar to those you are looking at. The Page You Made continually updates as you browse. We try to offer purchase suggestions that are most relevant to your recent shopping sessions. Our record of your activity on our site expires after a few hours.

### How do I clear my recent history?

To clear your recent history, visit the Page You Made, uncheck those items you want to remove from the list on left side, and click the **Update** button. To remove all items, click **Clear all**.

### How do I opt out of the Page You Made and having my recent history displayed?

We hope you find the Page You Made and Your Recent History useful. If you do not enjoy this feature and want to turn it off, click here.

## Rating Items

### How do I rate an item that I haven't purchased, that I purchased elsewhere, or that isn't recommended to me?

You are welcome to rate any item in our store that you feel strongly about, even if it's not an item you purchased from Amazon.com. There are two ways to rate an item:

- Look for the "Rate This Item" box on the item's product detail page, and select a rating from there.
- Search for products you would like to rate using the Improve Your Recommendations page. In the third column, enter the name of the item you'd like to rate. On the following page, rate items using the 1-5 star scale provided.

### When rating an item, what does the 1-5 star scale represent? And why isn't my rating changing the average customer review for the item?

**1 star:** I hate it

**2 stars:** I don't like it
**3 stars:** It's OK
**4 stars:** I like it
**5 stars:** I love it

The ratings you submit are private and are never shared with other Amazon.com customers, nor does it affect the average customer review for the item. These ratings are used solely by our recommendations service to provide you the most accurate recommendations possible.

**What does marking an item "not interested" mean?**

By telling us you're not interested in an item we recommend, we stop recommending the item to you.

## Your Favorites

**How does Your Favorites work?**

We determine your favorite categories and stores by examining your purchases, items you've told us you own, and items you've rated. We then compare this activity with that of other customers. We use this information to update Your Store and to personalize pages across the whole store to match your interests more closely.

You can see all your favorites by clicking either the yellow **Add Favorites** or the **Edit** button on any product home page or browse page, and then clicking the **See All Favorites** link located at the bottom of the edit area.

**How do I add or edit Favorites?**

1. Visit any product home page or browse page at Amazon.com.
2. Click either the yellow **Add Favorites** or the **Edit** button.
3. Check the box next to any favorite you would like to add. Uncheck the box next to any favorite you would like to remove.
4. Click the **Submit** button when you are finished.

## Troubleshooting

**I continue to be recommended items I already own, or have already rated. Why is this happening?**

You may still occasionally be recommended titles that you have purchased from Amazon.com. If this happens, it is likely that we are recommending an edition different from the one you purchased (e.g., paperback, hardcover, audio cassette). We generally screen out other editions from Your Recommendations, but a few titles may get past our filters.

If this happens, simply click the "Not interested" checkbox next to the new edition we recommend, or click the "Rate this item" link and check "Not interested" in the subsequent window, and we will stop recommending the item to you.

**I see ratings I haven't submitted or purchases I haven't made are appearing in the Improve Your Recommendations area or as reasons for a recommendation you've made. How is this possible, and how can I fix it?**

If you share a computer with other users or visit Amazon.com on a public terminal at a library or somewhere similar, it is possible another user inadvertently rated items on your account. Please be assured that if this was the case, the other user would not have had access to any of your personal information. We do, however, recommend that public terminal users sign out after each visit to our store.

It's easy to remove ratings that have been made. First click the store tab with your name on it, located right next to the Welcome tab. Then click Improve Your Recommendations at the top of the screen below the tabs. To remove ratings, click the Items You've Rated link under "Edit your Amazon history" and uncheck the "Use to make recommendations" box. Your ratings will be automatically updated.

**Why are items from my Wish List appearing in my recommendations? Why are items in my Wish List not appearing in the Improve Your Recommendations area?**

We are only able to take into account your most recent Wish List items when making recommendations. We are aware this is an issue for customers with large Wish Lists, and we are working to improve this functionality.

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- New customer? Click here to learn about searching, browsing, and shopping at Amazon.com.
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** All Products **for**

Top of Page

Amazon.com Home | Directory of All Stores

Our International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | Shopping Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Releases | Careers

Conditions of Use | Privacy Notice © 1995-2005, Amazon.com, Inc. or its affiliates