# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | | |
|---|---|---|
| Pinpoint Incorporated, | ) | Civil Action No. 03C 4954 |
| Plaintiff, | ) | |
| v. | ) | Judge Suzanne B. Conlon |
| | ) | Magistrate Judge Nan R. Nolan |
| Amazon.com, Inc., et al. | ) | |
| Defendants. | ) | |

**FILED**
JUL 1 4 2004
Judge Suzanne B. Conlon
United States District Court

**DOCKETED**
JUL 1 5 2004

### DEFENDANTS' LOCAL RULE 56.1 STATEMENT
### SUPPORTING ITS MOTION FOR SUMMARY JUDGMENT
### ON NON-INFRINGEMENT AND INVALIDITY OF THE PATENTS-IN-SUIT

*Of counsel:*
Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
Lynne A. Maher
Jedediah Phillips
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:   (650) 988-8500

Dated: July 14, 2004

Todd C. Jacobs
Laura K. McNally
GRIPPO & ELDEN LLC
227 West Monroe St, Ste. 3600
Chicago, Illinois 60606
(312) 704-7700

*Attorneys for Defendants and
Counterclaimants*

125

### 2. *Email Campaigns*

85.    Amazon.com operates an email merchandising system that sends merchandising emails to customers that advertise products. *Id.* at ¶ 14.

86.    One type of email campaign is the Single New Product ("SNP") campaign, which delivers email messages to customers that may be interested announcing the new release of a product, i.e. a book, CD or movie, prior to the product's release. *Id.* at ¶ 15. Email campaigns run for a certain predetermined timeframe. *Id.* at ¶ 19. Amazon.com develops a target group of customers to include in the SNP campaign, and transmits emails to customers chosen randomly from the target group at random times within the campaign period. *Id.* at ¶ 16-17.

### 3. *QuickPicks Algorithm*

87.    Amazon.com constantly updates several features on its website, i.e. webpage graphics, information about new offers and presentation of products, using its QuickPicks algorithm. *Id.* at ¶¶ 21, 22.

88.    When a user accesses an Amazon.com webpage that includes a feature based on the QuickPicks algorithm, a program called "QuickPicksSourceCollector.cpp" is executed. *Id.* at ¶ 23. This program searches the Amazon.com database to collect thirty-two items that the user has looked at or purchased in the past. *Id.* The program then randomly selects four items from that list and runs its "customers-who-bought-also-bought" process to find similar items. *Id.* at ¶¶ 23, 24.

### 4. *Browse Node Data*

89.    Amazon.com organizes its website in a tree-like hierarchical structure that enables customers to browse the website based on the assignment of items to various merchandising classifications, referred to as "browse nodes". *Id.* at ¶ 26.

90. Products available on the website are assigned to one or more browse nodes, with no partial, fractional, or degree of assignment. *Id.* at ¶ 27.

Dated: July 14, 2004

Respectfully submitted,

By: _____
One of its Attorneys

Todd C. Jacobs
Laura K. McNally
GRIPPO & ELDEN LLC
227 West Monroe Street, Suite 3600
Chicago, Illinois 60606
Telephone:  (312) 704-7700
Facsimile:   (312) 558-1195

*Of counsel*:
Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
Lynne A. Maher
Jedediah Phillips
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:  (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys For Defendants and Counterclaimants

15

52032v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2006, the attached **MOTION OF PLAINTIFF CD INTELLECTUAL PROPERTY HOLDINGS, LLC TO COMPEL DEFENDANT AMAZON.COM, INC. TO PRODUCE DOCUMENTS AND ANSWER INTERROGATORIES** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Lynn H. Pasahow, Esquire<br>Fenwick & West, LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 | VIA FEDERAL EXPRESS |

/s/ *John G. Day*

John G. Day