IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CD INTELLECTUAL PROPERTY HOLDINGS, LLC,

Plaintiff,

v.

AMAZON.COM, INC.,

Defendant.

Civil Action No. 05-414-JJF

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that copies of the following documents were served upon the below-listed counsel of record on the dates and in the manner indicated:

- Objections and Responses to Subpoena Requests Directed to Jennifer A. Jacobi, served on January 31, 2006,
- Objections and Responses to Subpoena Requests Directed to Eric A. Benson, served on February 3, 2006,
- Objections and Responses to Subpoena Requests Directed to Gregory Linden, served on February 3, 2006,

**BY PRIORITY MAIL & E-MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Steven Lieberman, Esq.
Elizabeth A. Leff
Brian Rosenbloom
C. Nichole Gifford
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

PLEASE TAKE FURTHER NOTICE that on February 24, 2006, copies of this Notice of Service were electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com

Additionally, copies of this Notice of Service were served by hand delivery and electronic mail on the above listed counsel of record and on the following non-registered participant in the manner indicated:

**BY ELECTRONIC MAIL**

Steven Lieberman, Esq.
ROTHWELL, FIGG, ERNST & MANBECK, PC
1425 K Street, NW, Suite 800
Washington, D.C. 20005
slieberman@rfem.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Monté T. Squire (No. 4764)
*msquire@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Attorneys for Defendant Amazon.com, Inc.

*Of counsel:*

Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
C.J. Alice Chen
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Dated: February 24, 2006