IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | Civil Action No. 05-414-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 19, 2006, the Objections and Responses to Subpoena Requests Directed to Paul Resnick and on February 22, 2006, the Notice of Service of Letter from Craig Smith at Fish & Richardson with Microsoft's Objections to Third Party Subpoena were both served upon the following counsel of record in the manner indicated:

**BY U.S. MAIL & E-MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL**

Steven Lieberman, Esq.
Elizabeth A. Leff
Brian Rosenbloom
C. Nichole Gifford
ROTHWELL, FIGG, ERNST
 & MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

PLEASE TAKE FURTHER NOTICE that on February 24, 2006, copies of this Notice of Service were electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com

Additionally, copies of this Notice of Service were served by hand delivery and electronic mail on the above listed counsel of record and on the following non-registered participant in the manner indicated:

**BY ELECTRONIC MAIL**

Steven Lieberman, Esq.
ROTHWELL, FIGG, ERNST & MANBECK, PC
1425 K Street, NW, Suite 800
Washington, D.C. 20005
slieberman@rfem.com

|  |  |
|---|---|
| *Of counsel:* | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Lynn H. Pasahow | Josy W. Ingersoll (No. 1088) |
| J. David Hadden | John W. Shaw (No. 3362) |
| Darren E. Donnelly | Karen E. Keller (No. 4489) |
| C.J. Alice Chen | Monté T. Squire (No. 4764) |
| FENWICK & WEST LLP | *msquire@ycst.com* |
| 801 California Street | The Brandywine Building |
| Mountain View, CA 94041 | 1000 West Street, 17th Floor |
| Telephone: (650) 988-8500 | Wilmington, Delaware 19801 |
| Facsimile: (650) 938-5200 | (302) 571-6600 |
| Dated: February 24, 2006 | Attorneys for Defendant Amazon.com, Inc. |