# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 1, 2006

The Honorable Joseph J. Farnan
United States District Court
844 King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *CD Intellectual Property Holdings LLC v. Amazon.com, Inc.,*
C.A. No. 05-414-JJF

*Amazon.com, Inc. and A9.com, Inc. v. Cendant Corporation, et al.,*
C.A. No. 06-41-JJF

Dear Judge Farnan:

Pursuant to Local Rule 7.1.4, plaintiff in C.A. No. 05-414-JJF and defendants in C.A. No. 06-41-JJF hereby respectfully request that the Court hear oral argument on Amazon.com's motion for consolidation of the above matters (D.I. 32 in C.A. No. 05-414 and D.I. 43 in C.A. No. 06-41-JJF), which has been fully briefed.

Respectfully,

/s/ *John G. Day*

John G. Day (I.D. #2403)

JGD: nml
167134.1

c:  Clerk of the Court (by hand)
    John W. Shaw, Esquire (via electronic mail)
    Lynn H. Pasahow, Esquire (via electronic mail)
    Steven Lieberman, Esquire (via electronic mail)
    Douglas E. Olson, Esquire (via electronic mail)