IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | C.A. No. 05-00414 (JJF) |

ORDER

  At Wilmington this ___ day of _____, 2006, IT IS HEREBY ORDERED that:

  1. 30(b)(6) Deposition of Amazon.com, Inc. ("Amazon") noticed by CD Intellectual Property Holdings, LLC ("CD") to occur on March 8, 2006 in Delaware is hereby stayed and shall not occur as noticed.

  2. Unless agreed by the parties, or upon CD demonstrating to the Court that it will not conduct examination of Amazon.com on irrelevant matters (including those features of the Amazon.com website for which a detailed claim chart has not been provided) CD shall notice no further depositions on these topics.

  3. Any later deposition of Amazon shall be limited to testimony regarding features specifically accused of infringement of the claims of the patent-in-suit.

                        _____
                         United States District Judge