**EXHIBIT C**



**FENWICK & WEST LLP**

SILICON VALLEY CENTER
801 CALIFORNIA STREET | MOUNTAIN VIEW, CA 94041
TEL 650.988.8500 | FAX 650.938.5200 | WWW.FENWICK.COM

February 21, 2006

WENDY BJERKNES

EMAIL WBJERKNES@FENWICK.COM
DIRECT DIAL (650) 335-7647

**VIA E-MAIL**

Elizabeth A. Leff, Esq.
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

Re: *CD Intellectual Property Holdings, LLC v. Amazon.com, Inc.*

Dear Elizabeth:

Plaintiff served a Notice of Deposition of Amazon.com ("Notice") for March 8, 2006. As you acknowledged in our meet and confer on February 16, 2006, this violates the parties' agreement and the Court's form Scheduling Order that depositions are not to occur prior to the close of written discovery, currently set for March 15, 2006. You explained that Plaintiff served this Notice, regardless of such violations, as an attempt to circumvent Amazon.com's objections to written discovery, in particular, its refusal to provide discovery for features other than those Plaintiff has specifically accused of infringement. Thus, you intend to seek discovery related to those other features through a deposition. Your attempt to seek this irrelevant discovery through a deposition is clearly improper. Thus, please withdraw this wholly improper Notice of Deposition.

If you do not withdraw the Notice, we will be forced to seek a Protective Order, which pursuant to Local Rule 30.1, postpones the deposition until the motion is decided in any event. Please let me know prior to the parties' meet and confer whether such a motion will be necessary.

Sincerely,

Wendy Bjerknes

cc: Steven Balick

23984/00403/LIT/1245045.1