**EXHIBIT E**



## ROTHWELL, FIGG, ERNST & MANBECK, P.C.

| | | |
|---|---|---|
| 1425 K Street, N.W.<br>Suite 800<br>Washington, D.C. 20005<br><br>Telephone 202-783-6040<br>Facsimile 202-783-6031<br>www.rfem.com | G. Franklin Rothwell<br>E. Anthony Figg<br>Barbara G. Ernst<br>Harry F. Manbeck, Jr.<br>George R. Repper<br>Steven Lieberman<br>Joseph A. Hynds<br>Elizabeth A. Leff<br>Richard Wydeven<br>Martin M. Zoltick<br>Minaksi Bhatt<br>Sharon L. Davis<br>Robert B. Murray<br>Carla C. Calcagno<br>Jeffrey L. Ihnen<br>Glenn E. Karta<br>Martha Cassidy, Ph.D.<br>Brian S. Rosenbloom | Anne M. Sterba<br>Lisa N. Phillips<br>Leigh Z. Callander<br>C. Nichole Gifford<br>Patrick T. Skacel<br>Monica C. Kitts<br>Brian A. Tollefson<br>Joo Mee Kim*<br>Steven M. Giovannetti<br>Hyunkweon Ryu<br>R. Elizabeth Brenner<br>Adam M. Treiber<br>Daniel L. Shores<br>Joseph E. Green<br><br>Of Counsel<br>John A. McCahill<br>Barbara Webb Walker, Ph.D. |

February 28, 2006

*Not Admitted in D.C.

*Via E-Mail*

Wendy L. Bjerknes, Esq.
Fenwick & West LLP
Silicon Valley Center
801 California St.
Mountain View, California 94041

    Re: *CD Intellectual Property Holdings LLC v. Amazon.com, Inc.*
       Our File No.: 3339-101

Dear Wendy:

  CD Intellectual Property Holdings LLC does not intend to withdraw its 30(b)(6) notice of deposition.

                Very truly yours,

                Elizabeth A. Leff

EAL:whc
cc: Steven Balick, Esq.

Bjerknes.L37.wpd