IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action No. 05-414-JJF |
| v. | ) ) | |
| AMAZON.COM, INC., | ) ) ) | |
| Defendant. | ) | |

### STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1. The deadline by which plaintiff's answering papers are due in response to defendant's motion for protective order (D.I. 53) is extended through and including March 15, 2006.

2. The deadline for completion of document production (*see* the parties' proposed scheduling order, D.I. 13, attachment 1, paragraph 3(a)) is extended through and including March 22, 2006.

3. The deadline by which plaintiff's responses to defendant's second sets of interrogatories and document requests are due is extended through and including March 22, 2006.

| | |
|---|---|
| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Steven J. Balick | /s/ Monté T. Squire |
| _____ | _____ |
| Steven J. Balick (I.D. #2403) | Josy W. Ingersoll (I.D. #1088) |
| John G. Day (I.D. #2114) | John W. Shaw (I.D. #3362) |
| Tiffany Geyer Lydon (I.D. #3950) | Karen E. Keller (I.D. #4489) |
| 222 Delaware Avenue, 17th Floor | Monté T. Squire (I.D. #4764) |
| P.O. Box 1150 | The Brandywine Building |
| Wilmington, Delaware 19899 | 1000 West Street, 17th Floor |
| 302-654-1888 | Wilmington, DE 19801 |
| | 302-571-6600 |
| *Attorneys for Plaintiff* | *Attorneys* for *Defendant* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

167478.1