IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-414-JJF |
| v. | ) ) | |
| AMAZON.COM, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of March, 2006,

**SUPPLEMENTAL DISCLOSURE OF CD INTELLECTUAL PROPERTY HOLDINGS, LLC PURSUANT TO RULE 26(a)(1)** was served upon the following counsel of record at the address and in the manner indicated:

John W. Shaw, Esquire                                               HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


Lynn H. Pasahow, Esquire                                        VIA FEDERAL EXPRESS
Fenwick & West, LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041

            ASHBY & GEDDES

            */s/ Tiffany Geyer Lydon*

            _____
            Steven J. Balick (I.D. #2114)
            John G. Day (I.D. #2403)
            Tiffany Geyer Lydon (I.D. #3950)
            222 Delaware Avenue, 17th Floor
            P.O. Box 1150
            Wilmington, DE  19899
            (302) 654-1888
            sbalick@ashby-geddes.com
            jday@ashby-geddes.com
            tlydon@ashby-geddes.com

            *Attorneys for Plaintiff CD Intellectual*
            *Property Holdings LLC*

*Of Counsel:*

Steven Lieberman
Elizabeth A. Leff
Brian Rosenbloom
C. Nichole Gifford
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 783-6040

Dated:  March 17, 2006
160383.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of March, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Lynn H. Pasahow, Esquire<br>Fenwick & West, LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon