IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>                    Defendant. | C.A. No. 05-00414 (JJF) |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2006, that:

1.      Amazon.com, Inc.'s ("Amazon's") Motion to Compel Plaintiff to Answer Interrogatories is hereby granted.

2.      By _____, CD Intellectual Property Holdings, LLC ("CD") shall provide a full and complete response to Amazon's Interrogatory No. 3 without reliance on Rule 33(d), including:

(a) identification of all facts, documents, and witnesses corroborating CD's contentions relating to the dates of conception and reduction to practice, including the substance of the witnesses' information;

(b) identification of all facts, documents and witnesses corroborating any diligence CD contends was exercised in reducing to practice any claimed invention, including the substance of the witnesses' information; and

(c) identification of all facts, documents and witnesses corroborating CD's contention that the claimed invention was not abandoned, suppressed or concealed between the date of reduction to practice and actual filing date of the patent application.

_____
United States District Judge