IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>                Defendant. | C.A. No. 05-00414 (JJF) |

## LOCAL RULE 7.1.1 CERTIFICATION

I, Monté T. Squire, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for Defendant Amazon.com, Inc. has made reasonable efforts to reach agreement with opposing counsel to the matters set forth in the present motion, but an agreement could not be reached.

Dated: March 20, 2006

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

By: _____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
msquire@ycst.com
Attorney for Defendant AMAZON.COM, INC.

OF COUNSEL:

Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
Wendy L. Bjerknes
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500