IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br>  Defendant. | C.A. No. 05-00414 (JJF) |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2006, that:

1. Amazon.com, Inc.'s ("Amazon's") Motion for Protective Order is hereby granted and discovery and infringement contentions by CD Intellectual Property Holdings, LLC ("CD") shall be limited to the feature specifically accused of infringement by CD.

2. In the alternative, by _____, CD shall provide a full and complete response to Amazon's Interrogatory No. 1 including identification of all infringement contentions for each accused Amazon feature.

                                                                                          _____
                                                                                          United States District Judge