IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | C.A. No. 1:05-00414 (JJF) |

**DECLARATION OF WENDY BJERKNES IN SUPPORT OF: (1) AMAZON.COM, INC.'S MOTION TO COMPEL ANSWER TO INTERROGATORIES; AND (2) AMAZON.COM, INC.'S MOTION FOR PROTECTIVE ORDER PRECLUDING BURDENSOME AND HARASSING DISCOVERY, AND IN THE ALTERNATIVE, MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

I, Wendy Bjerknes, declare as follows:

1. I am an attorney with the law firm of Fenwick & West LLP, counsel to Amazon.com, Inc. and have been granted permission to appear *pro hac vice* in this action. I make the following statements based upon my personal knowledge or on information and belief where indicated and, if called upon to testify, would testify competently to the matters contained herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of Amazon's First Set of Interrogatories to Plaintiff Cendant Publishing, Inc., dated December 2, 2005.

3. Attached hereto as **Exhibit B** is a true and correct copy of CD's Responses to Amazon's First Set of Interrogatories, dated January 17, 2006. The Verification of Answers is dated February 24, 2006.

1

4. Attached hereto as **Exhibit C** is a true and correct copy of CD's Supplemental Responses to Amazon's First Set of Interrogatories, dated February 17, 2006.

5. Attached hereto as **Exhibit D** is a true and correct copy of a letter to Elizabeth A. Leff, Esq., dated February 8, 2006.

6. Attached hereto as **Exhibit E** is a true and correct copy of a letter to Elizabeth A. Leff, Esq. dated February 15, 2006.

7. Attached hereto as **Exhibit F** is a true and correct copy of a letter to Elizabeth A. Leff, Esq. dated February 21, 2006.

8. Attached hereto as **Exhibit G** is a true and correct copy of a letter to Elizabeth A. Leff, Esq. dated February 24, 2006.

9. Attached hereto as **Exhibit H** is a true and correct copy of a letter to C. Nicole Gifford, Esq., dated February 28, 2006.

10. Attached hereto as **Exhibit I** is a true and correct copy of a letter to C. Nicole Gifford, Esq., dated March 8, 2006.

11. Attached hereto as **Exhibit J** is a true and correct copy of a letter by C. Nicole Gifford, Esq., dated March 9, 2006.

12. Attached hereto as **Exhibit K** is a true and correct copy of a letter to C. Nicole Gifford, Esq., dated March 10, 2006.

13. Attached hereto as **Exhibit L** is a true and correct copy of a letter by C. Nicole Gifford, Esq., dated March 13, 2006.

14. Attached hereto as **Exhibit M** is a true and correct copy of a letter to Elizabeth Leff, Esq., dated March 14, 2006.

15. Attached hereto as **Exhibit N** is a true and correct copy of a letter to Elizabeth Leff, Esq., dated March 16, 2006.

16. Attached hereto as **Exhibit O** is a true and correct copy of a letter by C. Nicole Gifford, Esq., dated March 17, 2006.

17. Attached hereto as **Exhibit P** is a true and correct copy of *IMAX Corp. v. In-Three, Inc.*, No. 05-1795, 2005 U.S. Dist. LEXIS 13807 (C.D. Cal. July 8, 2005).

18. Attached hereto as **Exhibit Q** is a true and correct copy of "Decision on Appeal" dated June 30, 2003 in *Ex parte* Charles Stack, Appeal No. 2001-2051, Application No. 08/923,293.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 20th day of March, 2006, at Mountain View, California.

_____
Wendy L. Bjerknes

23984/00403/LIT/1246727.3