IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Civil Action No. 05-414-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 20, 2006, Defendant Amazon.com's Supplemental Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1) was served upon the following counsel of record in the manner indicated:

**BY U.S. MAIL & E-MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL**

Steven Lieberman, Esq.
Elizabeth A. Leff
Brian Rosenbloom
C. Nichole Gifford
ROTHWELL, FIGG, ERNST
  & MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

PLEASE TAKE FURTHER NOTICE that on March 21, 2006, copies of this Notice of Service were electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> ASHBY & GEDDES
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE  19801
> sbalick@ashby-geddes.com

Additionally, copies of this Notice of Service were served by hand delivery and electronic mail on the above listed counsel of record and on the following non-registered participant in the manner indicated:

> **BY ELECTRONIC MAIL**
>
> Steven Lieberman, Esq.
> ROTHWELL, FIGG, ERNST & MANBECK, PC
> 1425 K Street, NW, Suite 800
> Washington, D.C. 20005
> slieberman@rfem.com

|  |  |
|---|---|
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| *Of counsel:* | /s/ |
| Lynn H. Pasahow | Josy W. Ingersoll (No. 1088) |
| J. David Hadden | John W. Shaw (No. 3362) |
| Darren E. Donnelly | Karen E. Keller (No. 4489) |
| C.J. Alice Chen | Monté T. Squire (No. 4764) |
| FENWICK & WEST LLP | *msquire@ycst.com* |
| 801 California Street | The Brandywine Building |
| Mountain View, CA 94041 | 1000 West Street, 17th Floor |
| Telephone: (650) 988-8500 | Wilmington, Delaware  19801 |
| Facsimile: (650) 938-5200 | (302) 571-6600 |
| Dated: March 21, 2006 | Attorneys for Defendant Amazon.com, Inc. |