IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 05-414-JJF |
| v. | ) ) | |
| AMAZON.COM, INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE DOCUMENT PRODUCTION

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1.  The deadline for completion of document production (*see* the parties' proposed scheduling order, D.I. 13, attachment 1, paragraph 3(a)) is extended through and including March 24, 2006.

| | |
|---|---|
| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Steven J. Balick* | */s/ Monté T. Squire* |
| Steven J. Balick (I.D. #2403) | Josy W. Ingersoll (I.D. #1088) |
| John G. Day (I.D. #2114) | John W. Shaw (I.D. #3362) |
| Tiffany Geyer Lydon (I.D. #3950) | Monté T. Squire (I.D. #4764) |
| 222 Delaware Avenue, 17th Floor | The Brandywine Building |
| P.O. Box 1150 | 1000 West Street, 17th Floor |
| Wilmington, Delaware 19899 | Wilmington, DE 19801 |
| 302-654-1888 | 302-571-6600 |
| *Attorneys for Plaintiff* | *Attorneys* for *Defendant* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge