# Exhibit C

**FENWICK & WEST LLP**

SILICON VALLEY CENTER
801 CALIFORNIA STREET | MOUNTAIN VIEW, CA 94041
TEL 650.988.8500 | FAX 650.938.5200 | WWW.FENWICK.COM

February 24, 2006

WENDY BJERKNES

EMAIL WBJERKNES@FENWICK.COM
DIRECT DIAL (650) 335-7647

**VIA E-MAIL**

Elizabeth A. Leff, Esq.
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

Re: *CD Intellectual Property Holdings, LLC v. Amazon.com, Inc.*

Dear Elizabeth:

Regarding a meet and confer for Monday, I am available at 12:30 p.m., PST. Please be prepared to address the following issues at the meet and confer:

Insufficient responses to the subpoenas served on Rothwell, Figg and Vincent DeLuca (*see* February 14, 2006 letter);

Plaintiff's insufficient Interrogatory Responses and Document Responses and improper objections (*see* February 8, 9, and 21 letters); and

Withdrawal of the improper 30(b)(6) Deposition Notice (*see* February 21 letter).

I have not received any response to these letters. While your February 14, 2006 letter purportedly addressed my February 9, 2006 letter regarding CD's Document Responses, you failed to address any of the concerns I raised in that letter other than to merely state that you will provide relevant time period restrictions once Amazon.com does. I provided such date restrictions in my February 21, 2006 letter to you, but have not received any mention of what time period restriction CD has or will apply. Please address all of the concerns addressed in all of my letters to you.

Sincerely,

Wendy Bjerknes

cc:  Steven Balick
     C. Nichole Gifford