IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 05-414-JJF ) ) ) ) ) |

### STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1.  The deadline for completion of document production (*see* the parties' proposed scheduling order, D.I. 13, attachment 1, paragraph 3(a)) is extended through and including April 7, 2006.

2.  The deadline by which plaintiff's answering papers are due in response to defendant's motion to compel (D.I. 64) and defendant's motion for protective order (D.I. 65) is extended through and including April 3, 2006.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Steven J. Balick | /s/ Monté T. Squire |
| Steven J. Balick (I.D. #2403) | Josy W. Ingersoll (I.D. #1088) |
| John G. Day (I.D. #2114) | John W. Shaw (I.D. #3362) |
| Tiffany Geyer Lydon (I.D. #3950) | Monté T. Squire (I.D. #4764) |
| 222 Delaware Avenue, 17th Floor | The Brandywine Building |
| P.O. Box 1150 | 1000 West Street, 17th Floor |
| Wilmington, Delaware 19899 | Wilmington, DE 19801 |
| 302-654-1888 | 302-571-6600 |
| *Attorneys for Plaintiff* | *Attorneys* for *Defendant* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge