IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS LLC, ) ) ) Plaintiff, ) ) v. ) ) AMAZON.COM, INC., ) ) Defendant. ) ) ) ) ) ) ) | C.A. No. 05-414-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 24th day of March, 2006, **CHARLES STACK'S SUPPLEMENTAL RESPONSES TO AMAZON.COM'S RULE 45 SUBPOENA** was served upon the following counsel of record at the address and in the manner indicated:

John W. Shaw, Esquire                                              <u>HAND DELIVERY</u>
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801


Lynn H. Pasahow, Esquire                                           <u>VIA FEDERAL EXPRESS</u>
Fenwick & West, LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff CD Intellectual Property Holdings LLC*

*Of Counsel:*

Steven Lieberman
Elizabeth A. Leff
Brian Rosenbloom
C. Nichole Gifford
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 783-6040

Dated:  March 24, 2006

160383.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| | |
| Lynn H. Pasahow, Esquire<br>Fenwick & West, LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 | **VIA FEDERAL EXPRESS** |

/s/ Tiffany Geyer Lydon
_____
Tiffany Geyer Lydon