IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CD INTELLECTUAL PROPERTY          )
HOLDINGS LLC,                     )
                                  )
            Plaintiff,            )
                                  )    C.A. No. 05-414-JJF
      v.                          )
                                  )
AMAZON.COM, INC.,                 )
                                  )
            Defendant.            )

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that on the 24th day of March, 2006, **ROTHWELL,**

**FIGG, ERNST & MANBECK'S SUPPLEMENTAL RESPONSES TO AMAZON.COM'S**

**RULE 45 SUBPOENA** was served upon the following counsel of record at the address and in

the manner indicated:


John W. Shaw, Esquire                          <u>HAND DELIVERY</u>
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


Lynn H. Pasahow, Esquire                       <u>VIA FEDERAL EXPRESS</u>
Fenwick & West, LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff CD Intellectual
Property Holdings LLC*

Of Counsel:

Steven Lieberman
Elizabeth A. Leff
Brian Rosenbloom
C. Nichole Gifford
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 783-6040

Dated:  March 24, 2006

160383.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2006, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel at the address and in the manner

indicated:


John W. Shaw, Esquire                                                    HAND DELIVERY
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


Lynn H. Pasahow, Esquire                                          VIA FEDERAL EXPRESS
Fenwick & West, LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041



*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon