# EXHIBIT C

Subject:    Voice mail from Patrick Premo 3/21/06

    Nichole. This is Patrick Premo. I wanted to follow up on the date for supplementation. As you know we wanted the information as soon as possible and in compliance with the scheduling order. You all insisted on the 24th. We're not going to bring a motion on the 24th. We think it should be earlier but provided the requests that are at issue are supplemented in the e-mail and sent out by the 24th and all the documents are overnighted to us then we're not going to further oppose the date on that. We don't want to use this as any kind of an extension on any other dates set forth in the scheduling order. This is regarding the issues that were the subject of our meet and confer yesterday and there were a couple of other things that, you know, that I think you said or Elizabeth said that everything is due on the - our documents are due on the 22nd. You said we could send them on the 24th. We will keep that option open. And in addition, she said that we didn't have to go through a whole other meet and confer schedule if we were to agree to moving this out to the 24th and I want to make sure that that is confirmed as well because I don't want us to have a situation where we just stall in the process by another 10 days or so and just having to go through it all over again. So hopefully, you know, we're going to get a meaningful response to this and I look forward to getting your letter this morning so that there's no uncertainty as to the things that were discussed during our meet and confer call. Thank you.

Primo.VM011.wpd