IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-414-JJF |
| v. | ) ) ) | |
| AMAZON.COM, INC., | ) ) | |
| Defendant. | ) | |

## STIPULATED ORDER

WHEREAS the parties in this matter are currently discussing a possible business resolution of this matter, and jointly request that the Court stay all litigation activities and defer ruling on any pending motions for forty-five (45) days (until May 22, 2006) so as to permit the parties to pursue such potential resolution.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court that all litigation activities be stayed and ruling on any pending motions be deferred for forty-five (45) days (until May 22, 2006) so as to permit the parties to pursue such potential resolution.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Steven J. Balick | /s/ Monté T. Squire |
| Steven J. Balick (I.D. #2403) | John W. Shaw (I.D. #3362) |
| 222 Delaware Avenue, 17th Floor | Monté T. Squire (I.D. #4764) |
| Wilmington, Delaware 19899 | The Brandywine Building |
| 302-654-1888 | 1000 West Street, 17th Floor |
| SBalick@ashby-geddes.com | Wilmington, DE 19801 |
| *Attorneys for CD Intellectual Property Holdings, LLC* | 302-571-6600 |
| | jshaw@ycst.com |
| | *Attorneys for Amazon.com, Inc.* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge