IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-414-JJF |
| v. | ) ) | |
| AMAZON.COM, INC., | ) ) | |
| Defendant. | ) | |

## STIPULATED ORDER

WHEREAS the Court previously stayed this matter for a period of 45 days to allow the parties to discuss a possible business resolution of their differences; and

WHEREAS the parties desire to continue their discussions of a possible business resolution, and jointly request that the Court stay all litigation activities and defer ruling on any pending motions for thirty (30) days (until June 21, 2006) so as to permit the parties to pursue such potential resolution;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court that all litigation activities be stayed and ruling on any pending motions be deferred for thirty (30) days (until June 21, 2006) so as to permit the parties to pursue such potential resolution.

ASHBY & GEDDES

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *John G. Day*

_____

Steven J. Balick (ID #2114)
John D. Day (ID #2403)
Tiffany Geyer Lydon (I.D. #3950)
ASHBY & GEDDES
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for CD Intellectual Property
Holdings, LLC*

/s/ *Karen Elizabeth Keller*

_____

John W. Shaw (I.D. #3362)
Karen Elizabeth Keller (I.D. #4489)
Monté T. Squire (I.D. #4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
302-571-6600
jshaw@ycst.com
kkeller@ycst.com
msquire@ycst.com

*Attorneys for Amazon.com, Inc.*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

169726.1