IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS LLC, ) ) ) | |
| Plaintiff, ) ) | C.A. No. 05-414-JJF |
| v. ) ) | |
| AMAZON.COM, INC., ) ) | |
| Defendant. ) | |

## STIPULATED ORDER

WHEREAS the Court previously stayed this matter for a period of 45 days to allow the parties to discuss a possible business resolution of their differences, and at the parties request, the Court then extended the stay for an additional 30 day period to allow the parties to continue to discuss a possible business resolution of their differences; and

WHEREAS the parties desire to continue their discussions of a possible business resolution, and jointly request that the Court stay all litigation activities and defer ruling on any pending motions for thirty (30) days (until July 21, 2006) so as to permit the parties to pursue such potential resolution;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court that all litigation activities be stayed and ruling on any pending motions be deferred for thirty (30) days (until July 21, 2006) so as to permit the parties to pursue such potential resolution.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ John G. Day | /s/ Karen Elizabeth Keller |
| Steven J. Balick (ID #2114)<br>John G. Day (ID #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>ASHBY & GEDDES<br>222 Delaware Ave., 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>*Attorneys for CD Intellectual Property Holdings, LLC* | John W. Shaw (I.D. #3362)<br>Karen Elizabeth Keller (I.D. #4489)<br>Monté T. Squire (I.D. #4764)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>302-571-6600<br>jshaw@ycst.com<br>msquire@ycst.com<br>*Attorneys for Amazon.com, Inc.* |

SO ORDERED this ____ day of _____, 2006.

_____
United States District Judge

170632.1

2