IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENDANT INTELLECTUAL PROPERTY HOLDINGS, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-414-JJF |
| AMAZON.COM, INC., | : |
| Defendant. | : |

### ORDER

WHEREAS, the parties have submitted several stipulations, requesting that the Court stay all activities and defer ruling on any pending motions while the parties discuss settlement;

WHEREAS, the most recent stipulation requests that the parties be given until September 5, 2006 to discuss settlement (D.I. 86);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Amazon.com, Inc.'s and A9.com, Inc.'s Motion To Consolidate (D.I. 32) is **DENIED WITH LEAVE TO RENEW**.

2. Motion Of Plaintiff CD Intellectual Property Holdings, LLC To Compel Defendant Amazon.com, Inc. To Produce Documents And Answer Interrogatories (D.I. 47) is **DENIED WITH LEAVE TO RENEW**.

3. Amazon.com, Inc.'s Motion For Protective Order Staying And Limiting Rule 30(b)(6) Deposition Of Amazon.com On Topics Unrelated To Relevant Issues Noticed By CD Intellectual Property Holdings, LLC (D.I. 53) is **DENIED WITH LEAVE TO**

**RENEW**.

4. Motion Of Plaintiff CD Intellectual Property Holdings, LLC To Compel Amazon.com To Answer Interrogatories (D.I. 59) is **DENIED WITH LEAVE TO RENEW**.

5. Amazon.com, Inc.'s Motion To Compel Plaintiff To Answer Interrogatories (D.I. 64) is **DENIED WITH LEAVE TO RENEW**.

6. Amazon.com, Inc.'s Motion For Protective Order Precluding Burdensome And Harassing Discovery, And In The Alternative, Motion To Compel Plaintiff To Answer Interrogatories (D.I. 65) is **DENIED WITH LEAVE TO RENEW**.

August 23, 2006

_____
UNITED STATES DISTRICT JUDGE