IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS LLC, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMAZON.COM, INC., )<br>)<br>Defendant. ) | C.A. No. 05-414-JJF |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel and subject to the approval of the Court, that the above entitled action be, and hereby is, dismissed in its entirety, including all claims and counterclaims, respectively, of Plaintiff and Defendant, WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (ID #2114)
John D. Day (ID #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff,*
*CD Intellectual Property Holdings, LLC*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *John W. Shaw*

Josy W. Ingersoll (I.D. #1088)
John W. Shaw (I.D. #3362)
Karen Keller (I.D. #4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
jingersoll@ycst.com
jshaw@ycst.com
kkeller@ycst.com
msquire@ycst.com

*Attorneys for Defendant, Amazon.com, Inc.*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

174473.1